# <u>EXHIBIT A</u>

Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

Case 7:26-cv-00121    Document 1-1    Filed 04/01/26    Page 2 of 11

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A method of providing search results to an end-user over a computer network, the method comprising: | Defendant D-Link Systems, Inc. ( "D-Link", or "Defendant"), using (including via testing), D-Link websites, including but not limited to D-Link Shop, D-Link, D-Link Support, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method of providing search results to an end-user over a computer network, and thereby infringes claim 1.<br><br>For example, D-Link Shop interface performs a method of enabling a user to search related products, articles and deliver the corresponding search results to an end-user over a computer network (e.g., via a web browser).<br><br><br>(https://shop.us.dlink.com/) |

1

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | <br><br>([https://shop.us.dlink.com/search?q=access+point](https://shop.us.dlink.com/search?q=access+point))<br><br>([https://www.dlink.com/us/en](https://www.dlink.com/us/en)) |

2

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | <br><br><br><br><br><br>(https://www.dlink.com/us/en/search?q=access+point)<br><br><br>(https://support.dlink.com/) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | (https://support.dlink.com/list.aspx?type=1&model=access%20point) |
| receiving addressing information identifying a location in a computer network; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of receiving addressing information identifying a location in a computer network.<br><br>For example, D-Link receives addressing information identifying a location in a computer network (e.g., https://shop.us.dlink.com/search?q=access+point) via a Web Browser. |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  (https://shop.us.dlink.com/) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>(https://shop.us.dlink.com/search?q=access+point) |
| processing the addressing information to generate a keyword; | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of processing the addressing information to generate a keyword.<br><br>For example, D-Link processes the addressing information to generate a keyword (e.g., parses the query string to generate a keyword – "access+point"). |

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

## D-Link Systems, Inc.

| Claim 1 | |
|---|---|



(https://shop.us.dlink.com/)

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | (https://shop.us.dlink.com/search?q=access+point) |
| performing a search on the keyword to generate a search result; and | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of performing a search on the keyword to generate a search result.<br><br>For example, D-Link performs a search on the keyword to generate a search result (e.g., the D-Link products are searched for the keyword "access point" to generate a search result). |

8

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>(https://shop.us.dlink.com/search?q=access+point) |
| presenting an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to the location using a client computer. | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of presenting an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to the location using a client computer.<br><br>For example, D-Link presents an end-user the search result responsive to the keyword that is based on the addressing information in response to the end-user navigating to the location using a client computer (e.g., a browser on the client computer navigates to an address providing the search result). |

9

Ex. A – Evidence of Use Regarding Infringement of U.S. Patent No. 7,483,878

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         | (https://shop.us.dlink.com/search?q=access+point) |

10