# EXHIBIT B

Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A communication apparatus, comprising: | Defendant D-Link Systems, Inc. ("D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports 802.11ac compatible devices including, but not limited to, AX6000 Wi-Fi 6 Smart Mesh Router (M60), AX3000 Wi-Fi 6 Smart Mesh Router (M30), EAGLE PRO AI AX1500 Mesh System (M15 1-Pack), EAGLE PRO AI AX1500 Mesh System (M15 2-Pack), EAGLE PRO AI AX1500 Mesh System (M15 3-Pack), EAGLE PRO AI AX3200 Mesh System (M32 1-Pack), EAGLE PRO AI AX3200 Mesh System (M32 2-Pack), AX1800 Mesh Router (M18 1-Pack), EAGLE PRO AI AX1500 Smart Router (R15), AX5400 Wi-Fi 6 Router (DIR-X5460), AC1750 MU-MIMO Wi-Fi Gigabit Router (DIR-1750), Smart AC3000 High Power Wi-Fi Tri Band Gigabit Mesh Router (DIR-3040), AX1500 Mesh Range Extender (E15), AC1200 WiFi Range Extender (DAP-1610), AX3000 Wi-Fi 6 Mesh Range Extender (E30), 5G NR AX3000 Wi-Fi 6 Router (G530), AX3000 Wi-Fi 6 Router (X530), Compact-Full-Hd-Wi-Fi-Camera (DCS-6100LHV2), 2K QHD Indoor Wi-Fi Camera (DCS-8350LH), Compact Full HD Wi-Fi Camera (DCS-6100LH), AX3000 Wi-Fi 6 PCle Adapter with Bluetooth 5.1 (DWA-X3000), Wireless AC1200 Dual Band PCI Express Adapter (DWA-582), AX1800 Wi-Fi 6 USB Adapter (DWA-X1850), VR Air Bridge (DWA-F18), Whole Home Smart Wi-Fi Water Leak Sensor Kit (DCH-S1621KT), Cloud Managed Access Points (DBA-1210P, DBA-2520P, DBA-2820P, DBA-3620P, DBA-3621P, DBA-X1230P, DBA-X2830P, DAP-2610, DAP-2682, DAP-X2810, DAP-X2850, DAP-X3060, DAP-2662, DAP-3666, DIS-2650AP, DIS-3650AP), Routers- (DWR-978, DSR-1000AC), Access Points (DAP-2020, DAP-3711, DAP-3712, DWL-6610AP/APE, DWL-6620APS, DWL-8620AP/APE, DWL-8720AP, DWL-X8630AP, DAP-1360), Smart AI Cameras (DCS-8635LH, DCS-8000LHV3, DCS-8300LHV2), , AC1300 MU-MIMO Wi-Fi Nano USB Adapter (DWA-181), Wireless AC Dual Band USB Adapter (DWA-171), Wireless AC600 Dual Band USB Adapter with External Detachable Antenna (DWA-172), DWA-182, N300 4G Smart Router (G403), AX1500 4G Smart Router (G415), AX1500 4G CAT6 Smart Router (G416), EAGLE PRO AI AX3200 Smart Router (R32), 5G Wi-Fi 6 Mobile Hotspot (DWR-2101), D-Link Wi-Fi 6 AX1800 Gigabit USB 3.0 Adapter with Cradle for Upgrading Desktop & Laptop PCs - (DWA-X1850-B1), D-Link AQUILA PRO AI AX3000 Smart WiFi 6 Mesh Router System 2-Pack - (M30/2), D-Link AQUILA PRO AI AX6000 Dual-Band Wi-Fi 6 Mesh System 2-Pack (M60/2), D-Link AQUILA PRO AI AX3000 Smart WiFi 6 Mesh Router System 3-Pack - (M30/3), D-Link AQUILA PRO AI AX6000 Dual-Band Wi-Fi 6 Mesh System 3-Pack (M60/3), D-Link WiFi Router AX1800 WiFi 6 - (DIR-X1870), Tri Band Whole Home Wi-Fi System (COVR-2202-US), AC1200 Dual Band Whole Home Wi-Fi System- (COVR-C1203-US), Wireless AC1200 Dual Band Router with High-Gain Antennas (DIR-822-US), D-Fend AC2600 Wi-Fi Router (DIR-2680), Wi- |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | Fi AC750 Dual Band Range Extender (DAP-1520), Full HD Wi-Fi Camera (DCS-2230L), Wireless N Day/Night Home Network Camera (DCS-932L), HD 180-DEGREE WI-FI CAMERA (DCS-960L), AC1750 Wi-Fi Router (DIR-869), AC1900 Wi-Fi Router (DIR-879), AC3150 Ultra Wi-Fi Router (DIR-885L/R), Wireless AC3200 Ultra Wi-Fi Route (DIR-890L), AC5300 Ultra Wi-Fi Router (DIR-895L), AC2600 WI-FI RANGE EXTENDER (DAP-1860), AC2000 Wi-Fi Range Extender (DAP-1820), FULL HD 180-DEGREE WI-FI CAMERA (DCS-2360L), DCS-2630L, HD 180-DEGREE WI-FI CAMERA (DCS-8200LH), HD WI-FI CAMERA (DCS-935L), AC1750 WI-FI ROUTER (DIR-859), AC3900 Whole Home Wi-Fi System (COVR-3902-US), Dual Band Whole Home Wi-Fi System (COVR-C1213), Hybrid Whole Home Powerline Wi-Fi System (COVR-P2502), Tri Band Whole Home Mesh Wi-Fi System (COVR-R2203), AC1200 Wi-Fi Range Extender (DAP-1620), AC1300 Wi-Fi Range Extender (DAP-1620), AC1200 MU-MIMO Wi-Fi Gigabit Router (DIR-842), AC1750 MU-MIMO Wi-Fi Router (DIR-867), AC1900 MU-MIMO Wi-Fi Router (DIR-878),  AC2600 MU-MIMO Wi-Fi Router (DIR-882), Wireless AC1200 Concurrent Dual Band Gigabit PoE Access Point (DAP-2660), AC1200 Wi-Fi Gigabit Route (DIR-1260), AC1300 Smart Mesh Wi-Fi Router (DIR-1360), AC1900 MU-MIMO Wi-Fi Gigabit Router (DIR-1950), AC1900 Smart Mesh Wi-Fi Router (DIR-1960), AC2600 High-Power Wi-Fi Router (DIR-2640), AC2600 Smart Mesh Wi-Fi Router (DIR-2660), AX1500 Mesh Wi-Fi 6 Router (DIR-X1550), AX900 Wi-Fi 6 USB Adapter Wi-Fi 6 AX900 USB 2.0 Dongle (AX9U), AX1800 Wi-Fi 6 USB Adapter Wi-Fi 6 AX1800 USB 3.0 Dongle (AX18U), 11ac 2T2R Wireless LAN USB Adapter (DWA-T185), Wireless AX3000 Dual-Band PCI Express Adapter (DWA-X582), DWA-192, AC1300 Wi-Fi 5 USB Adapter Wi-Fi 5 AC1300 USB 2.0 Dongle (AC13U), 2K QHD Outdoor Wi-Fi Camera (DCS-8620LH), 2K QHD Pan & Tilt Wi-Fi Camera (DCS-8526LHB1), 2K QHD Pan & Tilt Wi-Fi Camera (DCS-8526LHA1), Nuclias Connect AX3000 Outdoor Access Point (DAP-X3060OU), Wireless AC1200 Wave 2 Dual-Band wall-plate PoE AP (DAP-2620), Business Cloud Access Point/Nuclias Cloud-Managed AC2200 Wave 2 Access Point (DBA-2720P), Nuclias Connect AC2200 Wave2 Tri Band Access Point (DAP-2720), Business Cloud Access Point/Nuclias Cloud-Managed AC1300 Wave 2 Access Point (DBA-2620P), Business Cloud Wave 2 Access Point, Nuclias Cloud-Managed AC1750 Wave 2 Access Point (DBA-1520P), Nuclias Connect AC1200 Wave 2 Wall-Plated Access Point (DAP-2622), Unified AC Concurrent Dual-band PoE Access Point (DWL-6720AP), Unified AX Dual-Band PoE Access Point (DWL-8630AP, DWL-8630APE, DWL-X8630APE), Nuclias Cloud Managed AXE5400 Access Point (DBA-X5480P), AX3000 Wi-Fi 6 Smart Home Gateway Wi-Fi 6 AX3000 IoT Gateway (MS30), 5G IIoT Gateway (DOM-550-GSO),  5G Transit Gateway (DTM- |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | 550-G), 5G Transit Gateway (DTM-570-GS),  BE9500 Wi-Fi 7 Smart Mesh Router Wi-Fi 7 BE9500 Mesh Router (M95), AC3000 Smart Mesh Wi-Fi Router (DIR-3060), AC1750 Smart Mesh Wi-Fi Router (DIR-1760), U.S. Cellular Home Phone (DWR-920V), AX6000 Wi-Fi 6 Router (DIR-X6060), AX3200 Mesh Wi-Fi 6 Router (DIR-X3260),Smart AX1800 Wi-Fi 6 Router (DIR-X1860 ), AC2100 Mesh Wi-Fi Gigabit Router AC2100 Wi-Fi Gigabit Router (DIR-2150), AX1800 Wi-Fi 6 AI Router AX1800 SMART ROUTER (R18), AC1200 SMART ROUTER (R12),  AX1500 Wi-Fi 6 Router (DIR-X1560), AX3200 Mesh Wi-Fi 6 Router (DIR-X3260), AC1200 Dual Band Mesh Wi-Fi Router (COVR-1100), AC1200 Dual Band Whole Home Mesh Wi-Fi Router (COVR-1102, COVR-1103), AX1800 Dual-Band Mesh Wi-Fi 6 Router AX1800 Dual-Band Whole Home Mesh Wi-Fi 6 System (COVR-X1860, COVR-X1862, COVR-X1863, COVR-X1864), AX4800 Wi-Fi 6 Router (DIR-X4860), AX1800 Whole Home Mesh Wi-Fi 6 Router AX1800 Whole Home Mesh Wi-Fi 6 System (COVR-X1870), AC1900 Dual Band Whole Home Mesh Wi-Fi System (COVR-1900), AC1900 Dual Band Whole Home Mesh Wi-Fi Router (COVR-L1900), AC1750 Mesh-Enabled Smart Wi-Fi Router (DIR-1760), AC1300 MU-MIMO Wi-Fi Gigabit Router (DIR-853), 5G NR AX3000 Wi-Fi 6 Router (G530/XX, G530/XXX, G530/XXX), DSR-500/500AC, DSR-1000, 5G M2M Router (DWM-550-G), Nuclias Cloud-Managed Wireless VPN Gateway (DBG-X1000), AX1800 Mesh Wi-Fi 6 Range Extender (DAP-X1860), AC750 Mesh Wi-Fi Range Extender (DAP-1530), AC1900 Gigabit Dualband 3*3 11AC MU-MIMO Wi-Fi Range Extender (DAP-1955), AC1900 High Performance Mesh Wi-Fi Range Extender (DAP-1950), AX1800 Mesh Wi-Fi Extender (DAP-X1870), AC1750 High Performance Mesh Wi-Fi Range Extender (DAP-1750), AC1750 Gigabit Dualband 3*3 11AC MU-MIMO Wi-Fi Range Extender (DAP-1755), Intel WiFi 6 AX200 (AX200NGW), DAP-X1870, DAP-1750, DAP-1755, DAP-1955, DAP-1950, DAP-X1860, DAP-1530,  DRA-2060, DWR-932C, D-Link AQUILA PRO AI AX3000 Wi-Fi 6 Smart Mesh Router w/ Wi-Fi 6 USB Adapter - MBUND30-1, Refurbished products- D-Link [Certified Refurbished] WiFi Range Extender, AC2000 Dual Band for Smart Home (DAP-1820/RE), D-Link [Certified Refurbished] WiFi5 AC1200 Extender (DAP-1610/RE), D-Link [Certified Open Box] AQUILA PRO AI AX3000 Wi-Fi 6 Smart Mesh Extender (E30/RE), AQUILA PRO AI AX6000 Dual-Band Wi-Fi 6 Router (M60/RE), D-Link [Certified Refurbished] 2K QHD Indoor WiFi Camera mydlink - Night Vision, Sound Detection - DCS-8350LH/RE, etc., provides a communication apparatus.<br><br>The Accused Products each implement 802.11ac and products implementing 802.11ac infringe the '007 patent for the reasons described herein. |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | D-Link 802.11ac compatible devices provides a communication apparatus.<br><br><br><br>https://www.dlink.com/en/products/m60-ax6000-wifi-6-smart-mesh-router#Specs |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| **D-Link Systems, Inc.** |
|---|
| <br>https://web.archive.org/web/20250707190426/https://shop.us.dlink.com/products/aquila-pro-ai-ax6000-dual-band-wi-fi-6-mesh-system-m60-2 |

| **Claim 1** |
|---|
|  |

5

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| Page \|B-6 | https://www.dlink.com/en/products/m30-ax3000-wifi-6-smart-mesh-router#Specs<br><br>https://web.archive.org/web/20251015093543/https://shop.us.dlink.com/collections/d-link-wifi-routers/products/d-link-aquila-pro-ai-ax3000-smart-wifi-6-mesh-router-system-3-pack-m30-3 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  https://web.archive.org/web/20251218092023/https://shop.us.dlink.com/products/d-link-aquila-pro-ai-ax3000-smart-wifi-6-router-2-pack-m30-2 |

7

Page |B-8

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://web.archive.org/web/20251015093543/https://shop.us.dlink.com/collections/d-link-wifi-routers/products/d-link-aquila-pro-ai-ax3000-smart-wifi-6-mesh-router-system-3-pack-m30-3 <br><br> EAGLE PRO AI <br> AX1500 Mesh <br> System <br> M15 1-Pack <br> • Seamless Whole-Home Mesh Wi-Fi 6 coverage <br> • 2-pack / 3-pack for up to 370 sqm / 500 sqm Wi-Fi coverage <br> • Dual-Band AX1500 Wi-Fi 6 <br><br> **Specification** <br><br> Number of units per pack — 2 / 3 <br> Wireless standard — 802.11ax Wi Fi 6 <br> Frequency band mode — Dual-band simultaneous <br> Wireless speed — 1201 Mbps 5 GHz (802.11ax) / 300 Mbps 2.4 GHz (802.11n) <br><br> https://web.archive.org/web/20250620041647/https://www.dlink.com/us/en/products/m15-1-pack-eagle-pro-ai-ax1500-mesh-system |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://web.archive.org/web/20250209174239/https://www.dlink.com/us/en/products/m15-2-pack-eagle-pro-ai-ax1500-mesh-system |

9

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  |

10

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://www.dlink.com/hu/hu/-/media/consumer_products/m/m15/datasheet/m15_datasheet_eu_en.pdf |

11

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://web.archive.org/web/20240224052039/https://www.dlink.com/us/en/products/m32-1-pack-eagle-pro-ai-ax3200-mesh-system#Specs |

12

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **Specification** <br><br> Number of units per pack — 2, 3 <br><br> Wireless standard — 802.11ax Wi Fi 6 <br><br> Frequency band mode — Dual-band simultaneous <br><br> Wireless speed — 2402 Mbps 5 GHz (802.11ax) / 300 Mbps 2.4 GHz (802.11n) <br><br> https://web.archive.org/web/20250615142759/https://www.dlink.com/us/en/products/m32-2-pack-eagle-pro-ai-ax3200-mesh-system#Specs <br><br> AX1800 Mesh Router M18 1-Pack <br> • **Extreme High-Speed:** Support full Gigabit Ethernet port for both WAN/LAN, Enough wireless speed up to 600Mbps in 2.4gHz and 1200Mbps (1.2Gbps) on the 5GHz band. <br> • **Latest Wi-Fi 6 Finest Performance:** Support Wi-Fi 6 endless connectivity and extended Wi-Fi coverage Mesh Router. Wi-Fi 6 is responsive for whole smart home devices – all without buffering. <br><br> https://www.dlink.com/en/products/m18-1-pack-ax1800-mesh-router |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://support.dlink.com/resource/products/M18/REVA/M18_A1_Manual_v1.00(WW).pdf |

14

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br>https://web.archive.org/web/20250520153400/https://www.dlink.com/us/en/products/r15-eagle-pro-ai-ax1500-smart-router#Specs<br><br>https://web.archive.org/web/20250528211919/https://www.dlink.com/us/en/products/dir-x5460-ax5400-wi-fi-6-router#Specs |

15

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/consumer_products/dir/dir-x5460/datasheets/dir_x5460_datasheet_eu_en.pdf<br><br>https://web.archive.org/web/20250513064007/https://www.dlink.com/us/en/products/dir-1750-ac1750-mu-mimo-wi-fi-gigabit-router#Specs%20 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://web.archive.org/web/20250521180430/https://www.dlink.com/us/en/products/dir-3040-smart-ac3000-high-power-wi-fi-tri-band-gigabit-mesh-router#Description<br><br><br><br>http://legacyfiles.us.dlink.com/DIR-3040/REVA/DIR-3040_REVA_MANUAL_v1.00.pdf<br><br>https://www.dlink.com/en/products/e15--ax1500-mesh-range-extender#Specs |

17

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/consumer_products/e/e15/datasheet/e15_datasheet_eu_en.pdf <br><br> https://web.archive.org/web/20250428092633/https://www2.dlink.com/us/en/products/dap-1610-ac1200-wifi-range-extender |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | https://www.dlink.com/us/en/-/media/consumer_products/dap/dap-1610/datasheet/dap_1610_datasheet_en.pdf |

19

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://www.dlink.com/en/products/e30-ax3000-mesh-range-extender#Specs<br><br>https://www.dlink.com/en/products/g530-5g-nr-ax3000-wi-fi-6-router |

20

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://www.dlink.com/us/en/-/media/consumer_products/g/g530/datasheet/g530a2datasheetv104ww.pdf<br><br>https://www.dlink.com/en/products/g530-5g-nr-ax3000-wi-fi-6-router#support |

21

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/en/-/media/consumer_products/x/x530/datasheet/x530_a1_datasheet_v103ww.pdf <br><br> https://www.dlink.com/en/products/dcs-8350lh--2k-qhd-indoor-wi-fi-camera |

22

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  https://www.dlink.com/en/-/media/consumer_products/dcs/dcs-8350lh/datasheet/dcs8350lha2datasheetv100ww.pdf |

23

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://www.dlink.com/en/products/dwa-x3000-ax3000-wifi-6-pcle-adapter-with-bluetooth-51<br><br>https://www.dlink.com/en/products/dwa-582--wireless-ac1200-dual-band-pci-express-adapter |

24

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/consumer_products/dwa/dwa-582/datasheet/dwa_582_datasheet_en.pdf<br><br>https://www.dlink.com/us/en/products/dwa-x1850-ax1800-wifi-6-usb-adapter#Specs |

25

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://www.dlink.com/us/en/-/media/consumer_products/dwa/dwa-x1850/datasheet/dwa_x1850_datasheet_eu_en.pdf<br><br>https://www.dlink.com/en/products/dwa-f18-vr-air-bridge#Specs<br><br>https://www.dlink.com/us/en/-/media/consumer_products/dwa/dwa-f18/datasheet/dwaf18a1datasheetv102dus.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/us/en/-/media/consumer_products/dwr/dwr-978/datasheet/dwr_978_datasheet_eu_en.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf<br><br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

28

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

29

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf<br><br>**D-Link**<br><br>**Wireless AC Services Router**<br>**User Manual**<br><br>DSR-150/150N/250/250N/500/1000/500AC 1000AC<br><br>• **Superior Wireless Performance**<br>Designed to deliver superior wireless performance, the DSR-500N and DSR-1000N include 802.11 a/b/g/n support, allowing for operation on either the 2.4 GHz or 5 GHz radio bands. Multiple In Multiple Out (MIMO) technology allows the DSR-500N and DSR-1000N to provide high data rates with minimal "dead spots" throughout the wireless coverage area.<br>Next generation wireless performance is available on the DSR-500AC and DSR-1000AC, which introduce 802.11AC support to the family. Available on the 5 GHz band, the combination of wider RF bandwidths and up to 8 MIMO streams take data rates available to supporting AC clients to the next level.<br><br>https://support.dlink.com/resource/PRODUCTS/DSR-SERIES/DSR-SERIES_MANUAL_v3.12_WW_EN.pdf<br><br>*(product comparison table image below)*<br><br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

| MODEL | DAP-2020 | DAP-3711 | DAP-3712 | DWL-6610AP/APE | DWL-6620APS | DWL-8620AP/APE | DWL-8720AP | DWL-X8630AP |
|---|---|---|---|---|---|---|---|---|
| Wireless standards | b/g/n | a/n/ac | a/n/ac | Simultaneous Dual-Band a/n/ac and b/g/n | Simultaneous Dual-Band a/n (Wave 2) and b/g/n | Simultaneous Dual-Band a/n/ac (Wave 2) and b/g/n | Simultaneous Dual-Band a/n/ac (Wave 2) and b/g/n | Simultaneous Dual-Band a/n/ac/ax and b/g/n |
| Wireless frequency range | 2.4 to 2.4835 GHz | 5180~5320 MHz, 5745~5825 MHz | 5180~5320 MHz, 5745~5825 MHz | 2.4 to 2.4835GHz 5.15 to 5.875GHz | 2.4 to 2.4835GHz 5.15 to 5.875GHz | 2.4 to 2.4835GHz 5.15 to 5.85 GHz | 2.4 to 2.4835GHz 5.15 to 5.85 GHz | 2.4 to 2.4835GHz 5.15 to 5.85 GHz |
| Maximum wireless speed | 300 Mbps - 2.4 GHz | 867 Mbps - 5 GHz | 867 Mbps - 5 GHz | 867 Mbps - 5 GHz 300 Mbps - 2.4 GHz | 867 Mbps - 5 GHz 400 Mbps - 2.4 GHz | 1733 Mbps - 5 GHz 800 Mbps - 2.4 GHz | 867 Mbps - 5 GHz 400 Mbps - 2.4 GHz | 2402 Mbps - 5 GHz 1147 Mbps - 2.4 GHz |
| MIMO | - | - | - | - | - (MU-MIMO) | - (MU-MIMO) | - (MU-MIMO) | - (MU-MIMO) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf<br><br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://support.dlink.com/resource/PRODUCTS/R32/R32_A1_Datasheet_v1.20%28WW%29.pdf <br><br> https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

32

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

Page |B-33

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br>https://www.dlink.com/en/products/g415-ax1500-4g-smart-router |

33

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | <br><br>https://www.dlink.com/en/products/g416-ax1500-4g-cat6-smart-router<br><br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf<br><br>https://www.dlink.com/us/en/products/dwa-181-ac1300-mu-mimo-wi-fi-nano-usb-adapter |

34

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/consumer_products/dwa/dwa-181/dwa_181_datasheet_en_eu.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **Wireless AC Dual Band USB Adapter**<br><br>**Product Highlights**<br>Wireless AC Dual Band<br>Backward Compatible with Wi-Fi Routers and Wireless Devices<br>Compact Design for greater mobility<br>Easy Push Button Setup (WPS)<br><br>**Upgrade to AC Performance**<br>Today's households are connecting more devices than ever before – with more and more iPhones, Androids, tablets, and laptops laying around in any given home, it's important that each device gets the speed and coverage it deserves.<br><br>By upgrading your laptop and desktop computers to wireless AC, you can immediately enjoy the benefits of faster wireless speeds and better connectivity – all with less wireless interference so you can enjoy doing what you love most. Delivering Wi-Fi dual band speeds to your laptop or desktop computer, the DWA-171 is the perfect solution for those looking to enjoy HD video streaming, fast file transfers and lag-free video chatting.<br><br>DWA-171<br><br>**DWA-171 Wireless AC Dual Band USB Adapter**<br><br>**Technical Specifications**<br><br>**Standard**<br>• IEEE 802.11ac (draft)<br>• IEEE 802.11n<br>• IEEE 802.11g<br><br>**Interface**<br>• USB 2.0²<br><br>**Dimensions**<br>• Item: 1.4 x 0.7 x 0.3 inches<br>• Box: 3.40 x 8.20 x 1.40 inches<br><br>**Weight**<br>• Item: 0.012 lbs<br>• Box: 0.39 lbs<br><br>https://support.dlink.com/resource/PRODUCTS/DWA-171/REVA/DWA-171_REVA_DATASHEET_1.00_EN.PDF |

36

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |   https://dlinkmea.com/upload/downloadable/DWA_172_612cace9479e6.pdf |

37

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br>https://support.dlink.com/resource/PRODUCTS/DWA-182/REVD/DWA-182_REVD_MANUAL_v4.02_WW.pdf |

38

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/en/products/dwr-2101-5g-wi-fi-6-mobile-hotspot#Specs |

39

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  https://shop.us.dlink.com/products/d-link-wi-fi-6-ax1800-gigabit-usb-3-0-adapter-with-cradle-for-upgrading-desktop-laptop-pcs-dwa-x1850-b1?srsltid=AfmBOoq5sDxaZes5XLat1uinG54SgitTmY3u7OcQF7rBNHq-YCBC2Ze6 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://web.archive.org/web/20250328001743/https://shop.us.dlink.com/products/d-link-wifi-6-router-ax1800 <br><br>  |

41

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | http://legacyfiles.us.dlink.com/COVR-2202/REVA/COVR-2202_REVA_DATASHEET_v1.00_US.pdf <br><br>  <br><br> https://legacy.us.dlink.com/pages/product.aspx?id=688a33a88db34cb79f015267ec9d9876 <br><br> http://legacyfiles.us.dlink.com/COVR-1203/REVA/COVR-C1203_REVA_DATASHEET_v1.00_US.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://legacy.us.dlink.com/pages/product.aspx?id=22a0fc7f00244890949ecf398a40ab0f |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | |
|---|---|
| | **D-Link Systems, Inc.**<br><br><br><br>http://legacyfiles.us.dlink.com/DIR-2680/REVA/DIR-2680_REVA_DATASHEET_v1.00_US.pdf<br><br>https://legacy.us.dlink.com/pages/product.aspx?id=3203f662bafd4db9aa8ce84b33118ff7 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>http://legacyfiles.us.dlink.com/DIR-822/DIR-822-US_REVC_MANUAL_063017_v3.01_US.pdf<br><br>https://legacy.us.dlink.com/pages/product.aspx?id=c9525c84034642bab9e2893b9b6d5134 |

45

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | **Technical Specifications** **General** <br><br>| Device Interfaces | • 802.11ac/n/g/b/a wireless LAN <br>• WPS button | • Reset button | <br>| LEDs | • Status/WPS | | <br>| Standards | • IEEE 802.11ac (draft) <br>• IEEE 802.11n <br>• IEEE 802.11g | • IEEE 802.11b <br>• IEEE 802.11a | <br>| Antennas | • Two internal antennas | | <br>| Plug Type | • Region dependent | | <br><br>http://legacyfiles.us.dlink.com/DAP-1520/REVA/DAP-1520_REVA_DATASHEET_1.00_EN.PDF <br><br>DCS-960L <br>HD 180-DEGREE WI-FI CAMERA <br><br>**Network** <br><br>| Network Protocols | • IPv4, ARP, TCP, UDP, ICMP <br>• DHCP Client <br>• NTP Client (D-Link) <br>• DNS Client <br>• DDNS Client (D-Link) <br>• SMTP Client <br>• FTP Client | • HTTP Server <br>• PPPoE <br>• UPnP Port Forwarding <br>• RTP, RTSP, RTCP <br>• HTTPS (for configuration) <br>• Bonjour | <br>| Security | • Administrator and user group protection <br>• Password authentication | • HTTP and RTSP digest encryption | <br>| Wireless Connectivity | 802.11a/n/g wireless with WEP/WPA/WPA2 encryption | • Operates on 2.4GHz and 5GHz frequency bands | <br><br>http://legacyfiles.us.dlink.com/DCS-960L/REVA/DCS-960L_REVA_DATASHEET_3.00_EN_US.pdf |

46

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br>http://legacyfiles.us.dlink.com/DIR-869/REVA/DIR-869_REVA_DATASHEET_1.00_EN_US.pdf<br><br>http://legacyfiles.us.dlink.com/DIR-879/REVA/DIR-879_REVA_DATASHEET_1.00_EN_US.pdf |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |

http://legacyfiles.us.dlink.com/DIR-885L/REVA/DIR-885L_REVA_DATASHEET_2.00_EN_US.PDF |

48

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  http://legacyfiles.us.dlink.com/DIR-890L/REVA/DIR-890L_REVA_MANUAL_1.00_EN_US.PDF http://legacyfiles.us.dlink.com/DIR-895L/REVA/DIR-895L_REVA_DATASHEET_2.00_EN_US.PDF |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         | <br><br>http://legacyfiles.us.dlink.com/DAP-1860/REVA/DAP-1860_REVA_DATASHEET_1.00_EN_US.pdf<br><br><br><br>http://legacyfiles.us.dlink.com/DCS-2630L/REVA/DCS-2630L_REVA_DATASHEET_2.00_EN_US.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  http://legacyfiles.us.dlink.com/DCS-8200LH/REVA/DCS-8200LH_REVA_DATASHEET_1.02_EN_US.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| | <br><br>http://legacyfiles.us.dlink.com/DCS-935L/REVA/DCS-935L_REVA_DATASHEET_v1.40_US.pdf<br><br>http://legacyfiles.us.dlink.com/DIR-859/REVA/DIR-859_REVA_DATASHEET_2.00_EN_US.pdf |

52

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>http://legacyfiles.us.dlink.com/COVR-3902/REVA/COVR-3902_REVA_DATASHEET_v1.01_US_EN.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br> http://legacyfiles.us.dlink.com/COVR-C1213/REVA/COVR-C1213_REVA_Datasheet_1.01_WW.pdf <br><br> <br><br> <br> http://legacyfiles.us.dlink.com/COVR-P2502/REVA/COVR-P2502_REVA_DATASHEET_v1.00_US_EN.pdf |

54

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  http://legacyfiles.us.dlink.com/COVR-R2203/REVA/COVR-R2203_REVA_Datasheet_v1.00_WW.pdf |

55

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  http://legacyfiles.us.dlink.com/DAP-1620/REVA/DAP-1620_REVA_MANUAL_1.00_EN_US.PDF <br><br> http://legacyfiles.us.dlink.com/DAP-1620/REVB/DAP-1620-EXO_REVB_DATASHEET_v1.00_US.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>http://legacyfiles.us.dlink.com/DIR-842/REVC/DIR-842_REVC_DATASHEET_v1.00_US.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  http://legacyfiles.us.dlink.com/DIR-882/DIR-882-US_REVA_DATASHEET_v1.00_US_EN.pdf<br><br>http://legacyfiles.us.dlink.com/DAP-2660/REV%20A/DAP-2660_REVA_DATASHEET_EN_US.PDF |

59

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  http://legacyfiles.us.dlink.com/DIR-1260/REVA/DIR-1260_REVA_DATASHEET_v1.00_WW.pdf<br><br>http://legacyfiles.us.dlink.com/DIR-1360-US/DIR-1360_REVA_MANUAL_v1.00.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  http://legacyfiles.us.dlink.com/DIR-1950/DIR-1950_A1_Datasheet_v1.01(WW).pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  http://legacyfiles.us.dlink.com/DIR-1960/DIR-1960_REVA_DATASHEET_v1.00_US.pdf<br><br>http://legacyfiles.us.dlink.com/DIR-2640/DIR-2640_REVA_MANUAL_v1.00.pdf |

62

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  http://legacyfiles.us.dlink.com/DIR-2660/DIR-2660_REVA_DATASHEET_v1.00_US.pdf <br><br> http://legacyfiles.us.dlink.com/DIR-X1550/REVA/DIR-X1550_A1_Datasheet_v1.20(WW).pdf |

63

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| |  https://support.dlink.com/resource/PRODUCTS/DAP-1820/REVA/DAP-1820_REVA_MANUAL_v1.00_WW.pdf<br><br>https://device.report/manual/17126680 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2AX9UA1/7871562 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         | **SAR Evaluation Report for FCC**<br><br>Applicant Name : D-Link Corporation<br>Applicant Address : 14420 Myford Road Suite 100 Irvine California United States 92606<br>Product Name : AX1800 Wi-Fi 6 USB Adapter / Wi-Fi 6 AX1800 USB 3.0 Dongle<br>Brand Name : D-Link<br>Model Number : AX18U<br>FCC ID : KA2AX18UA1<br><br>Report Number : USSC247025001<br>Compliant Standards : FCC 47 CFR §2.1093<br>Sample Received Date : May 25, 2022<br>Date of Testing : Oct. 26, 2022 ~ Oct. 29, 2022<br>Report Issued Date : Aug. 14, 2024<br><br>**4. DUT (Device Under Test) Information**<br>**4.1. Device Overview**<br><br>_(see table below)_<br><br>Note:<br>The above DUT information is declared by manufacturer and for more detailed features description please refers to the manufacturer's specifications or User's Manual.<br><br>https://fcc.report/FCC-ID/KA2AX18UA1/7582267 |

**4.1. Device Overview**

| Product Name | AX1800 Wi-Fi 6 USB Adapter / Wi-Fi 6 AX1800 USB 3.0 Dongle | |
|---|---|---|
| Difference description of product name | No physical difference. Just for marketing purpose. | |
| Brand Name | D-Link | |
| Model Name | AX18U | |
| FCC ID | KA2AX18UA1 | |
| Supported Wireless Technologies | **Tx Frequency (MHz)** | **Operating Mode** |
| | WLAN<br>2.4G : 2412 ~ 2462<br>5G : 5180 ~ 5240, 5260 ~ 5320, 5500 ~ 5700, 5745 ~ 5825 | 2.4G : 802.11b/g/n/ac/ax<br>5G : 802.11a/n/ac/ax |

66

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/al/sq/products/ax18u <br><br> https://fcc.report/FCC-ID/KA2WAT185A1/5040704 |

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| |  https://www.dlink.com/tw/zh/products/dwa-t185 |

68

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2WAX582A1/4946227<br><br>https://fcc.report/FCC-ID/KA2WAX582A1/4946234 |

69

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  https://fcc.report/FCC-ID/KA2WA192B1/4885834 |

70

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  |

71

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2CS8620LHA1/5385788 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  https://fcc.report/FCC-ID/KA2CS8635LHA1/5264791 |

73

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | https://fcc.report/FCC-ID/KA2CS8526LHB1/7783468 https://www.dlink.com/en/products/dap-x3060ou-ax3000-wi-fi-6-outdoor-poe-access-point |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  https://www.dlink.com/us/en/-/media/business_products/dap/dap-x3060ou/datasheet/dapx3060oua1datasheetv103ww.pdf |

75

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://fcc.report/FCC-ID/KA2AP2620A1/4210129<br><br>https://fcc.report/FCC-ID/KA2AP2620A1/4221677 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2BA2720PA1/4376862 |

77

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://fcc.report/FCC-ID/KA2BA2720PA1/4655640 |

78

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | Appendix C - Technical Specifications |
|  | **Technical Specifications** |
|  | **Standards**<br>• IEEE 802.11ac<br>• IEEE 802.11n<br>• IEEE 802.11g<br>• IEEE 802.11a<br>• IEEE 802.3<br>• IEEE 802.3u<br>• IEEE 802.3ab<br>• IEEE 802.3at<br>• IEEE 802.3x **LEDs**<br>• Power/tatus<br><br>**Temperature**<br>• Operating: 0°C to 40°C<br>• Storing: -20°C to 65°C<br><br>**Humidity**<br>• Operating: 10%~90% (non-condensing)<br>• Storing: 5%~95% (non-condensing)<br><br>https://fcc.report/FCC-ID/KA2AP2720A1/4589455<br><br>**D-Link**<br>Building Networks for People<br><br>**Quick Installation Guide**<br>**Access Point**<br>This document will guide you through the basic installation process for your new access point<br>**DBA-2620P**<br><br>**Before You Begin** | **Hardware Overview**<br>This installation guide provides instructions for installing the DBA-2620P on your network. Additional documentation is also available on the D-Link support website. | **LED Indicators**<br>• **D-Link Nuclias Access Point Portal Manual**: For additional information and instructions on how to configure the device using the D-Link Nuclias cloud. | 1  2  3  4  5<br>Figure 1: Front Panel LED<br><br>https://fcc.report/FCC-ID/KA2BA2620PA1/4376750<br><br>**DFS Test Report**<br>**Report No.:** RF190412C02B-1<br>**FCC ID:** KA2BA2620PA1<br>**Test Model:** DBA-2620P<br>**Received Date:** Nov. 11, 2019<br>**Test Date:** Dec. 25, 2019 ~ Feb. 21, 2020<br>**Issued Date:** Feb. 25, 2020<br>**Applicant:** D-Link Corporation<br>**Address:** 17595 Mt. Herrmann, Fountain Valley, California, United States, 92708 |

79

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2BA2620PA1/4655523.pdf<br><br>https://fcc.report/FCC-ID/KA2BA1520PA1/4652279 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2BA1520PA1/4652276 |

81

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2WL6720APA1/4757736 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://fcc.report/FCC-ID/KA2WL8630APA1/4708294 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2WL8630APA1/4710426<br><br>https://www.dlink-jp.com/product/wireless-lan/access_point/nuclias_cloud/dba-x5480p_a1.html |

85

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **FCC RADIO TEST REPORT**<br><br>Applicant : D-Link Corporation<br>Address : 14420 Myford Road Suite 100, Irvine, California 92606, United States<br>Equipment : Nuclias Cloud Managed AXE5400 Access Point<br>Model No. : DBA-X5480P<br>Trade Name : D-Link<br>FCC ID : KA2APX5480A1<br><br>**2. Test Configuration of Equipment under Test**<br>**2.1. Feature of Equipment under Test**<br><br>Operation Frequency Range — 2.4GHz: 802.11b/g/n(TurboQAM)/ax: 2400-2483.5MHz; 5GHz: 802.11a/n/ac/ax: 5150-5250MHz, 5250-5350MHz, 5470-5725MHz, 5725-5850MHz; 6GHz: 802.11a/ax: 5925~6425MHz, 6425~6525MHz 6525~6875MHz, 6875~7125MHz<br><br>Center Frequency Range — 2.4GHz: 802.11b/g/n(TurboQAM)/ax:2412MHz-2462MHz; 5GHz: 802.11a/n/ac/ax: 5180-5240MHz,5260-5320MHz, 5500-5720MHz, 5745-5825MHz; 6GHz: 802.11a/ax: 5955~6415MHz, 6435~6515MHz 6535~6855MHz, 6895~7115MHz<br><br>https://fcc.report/FCC-ID/ka2apx5480a1/7593604.pdf<br><br>**DFS Test Report**<br><br>Applicant : D-Link Corporation<br>Product Name : AX6000 Wi-Fi 6 Smart Home Gateway Wi-Fi 6 AX6000 IoT Gateway<br>Trade Name : D-Link<br>Model Number : M560<br>Applicable Standard : FCC 47 CFR PART 15 SUBPART E ANSI C63.10:2013<br>Received Date : Dec. 29, 2023<br>Test Period : Feb. 29, 2024 ~ Mar. 07, 2024<br>Issued Date : May 16, 2024 |

86

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://fcc.report/FCC-ID/KA2MS60A1/7354260<br><br>https://www.dlink.com/en/for-home/wifi/aquila-pro-ai |

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
|  |  https://fcc.report/FCC-ID/KA2MS30A1/7581322 <br><br> https://www.dlink.com/us/en/products/dom-550-gso-5g-iiot-gateway |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://www.dlink.com/us/en/-/media/business_products/dom/dom-550-gso/datasheet/dom550gsoaxdatasheetv111ww-1.pdf<br><br>https://www.dlink.com/us/en/products/dtm-550-g-5g-transit-gateway |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://www.dlink.com/us/en/-/media/business_products/dtm/dtm-550-g/datasheet/dtm550g-datasheet-v111ww.pdf<br><br><br><br>https://www.dlink.com/us/en/products/dtm-570-gs-5g-transit-gateway<br><br>https://www.dlink.com/us/en/-/media/business_products/dtm/dtm-570-gs/datasheet/dtm570gs-datasheet-v111ww.pdf |

90

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://www.dlink.com/en/products/m95-be9500-wi-fi-7-smart-mesh-router |

91

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| |
https://fcc.report/FCC-ID/KA2M95A1/7876716 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  |

93

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/KA2IR3060A1/4241787<br><br>https://fcc.report/FCC-ID/KA2WR920VA1/4290854<br><br>https://fcc.report/FCC-ID/KA2WR920VA1/4290855 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  https://www.qualcomm.com/products/technology/modems/qualcomm-9207-lte-modem#specs |

95

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://fcc.report/FCC-ID/KA2IRX6060A1/4287402<br><br>https://fcc.report/FCC-ID/KA2IRX1860A1/4644221 |

96

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |

https://fcc.report/FCC-ID/KA2DIR2150A1/4800883.pdf

https://fcc.report/FCC-ID/KA2IRX3260A1/5268583 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | Appendix E - Technical Specifications  https://fcc.report/FCC-ID/KA2IRX3260A1/5268529   https://www.dlink.com/en/products/r18-eagle-pro-ai-ax1800-smart-router  |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2R18A1/6023268 https://fcc.report/FCC-ID/KA2R12A1/5859359 |

99

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2IRX1560A1/4527807 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2COVR1100B1/5138554<br><br>https://fcc.report/FCC-ID/KA2COVRX1860A1/5074088.pdf |

101

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://web.archive.org/web/20250524055747/https://www.dlink.com/us/en/products/dir-x4860-exo-ax-ax4800-wifi-6-router<br><br>https://fcc.report/FCC-ID/KA2COVR1900A1/4628772 |

102

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         | <br><br>https://support.dlink.com/resource/PRODUCTS/COVR-L1900/REVA/COVR-L1900_REVA_DATASHEET_1.00.PDF<br><br>https://fcc.report/FCC-ID/KA2IR1760A1/4115453.pdf |

103

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://fcc.report/FCC-ID/KA2IR853A1/3718836<br><br>https://www.dlink.com/en/products/g530-5g-nr-ax3000-wi-fi-6-router |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2G530A3/7564243 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | https://support.dlink.com/resource/PRODUCTS/DSR-SERIES/DSR-250V2_500_1000AC_DATASHEET_v17.00_WW.pdf<br><br>https://www.dlink.com/us/en/products/dwm-550-g-5g-m2m-router<br><br>https://www.dlink.com/us/en/-/media/business_products/dwm/dwm-550-g/dwm550gaxdatasheetv11ww.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/KA2BGX1000A1/5480931 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://ftp.dlink.de/dbg/dbg-2000/documentation/dbg-2000_ds_reva_Datasheet_en.pdf<br><br>https://fcc.report/FCC-ID/KA2APX1860A1/5054237 |

108

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|         |  https://fcc.report/FCC-ID/KA2AP1610B1/5046126 |

109

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | https://fcc.report/FCC-ID/KA2AP1820A1/4168755  https://www.dlink.com/middle-east/en/-/media/consumer_products/dra/2060/datasheet/dra2060a1datasheetv101ww.pdf https://fcc.report/FCC-ID/KA2AP1955A1/4621189 |

Page |B-110

110

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://fcc.report/FCC-ID/KA2AP1955A1/4621188<br><br>https://fcc.report/FCC-ID/KA2APX1870A1/5034266 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://fcc.report/FCC-ID/KA2AP1755A1/4631839<br><br>https://fcc.report/FCC-ID/KA2AP1755A1/4631840 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | **D-Link**<br><br>Federal Communications Commission<br>7435 Oakland Mills Road<br>Columbia, Maryland 21046<br>USA<br><br>Subject: Declaration of Changing ID, FCC ID: **KA2DWAX3000A1**<br><br>Date: Feb. 19, 2020<br><br>To Whom It May Concern,<br>We, D-Link Corporation, would like to proceed a change ID project.<br>Original application information:<br>Company name: Intel Mobile Communications<br>FCC ID: PD9AX200NG<br>Product name: Intel WiFi 6 AX200<br>Model name: AX200NGW<br>Original issued date: **03/05/2019**<br>We would like to market the above referenced product under our FCC ID:<br>**KA2DWAX3000A1**and part no. is **AX200NGW.**<br>All other hardware and software is identical with original granted.<br>This application has been authorized by Intel Mobile Communications.<br>We would like to declare that **KA2DWAX3000A1**is electrically identical and the only changed is the label on the device. The original test results continue to be representative of and applicable to the changed equipment.<br><br>https://fcc.report/FCC-ID/KA2DWAX3000A1/4686666 |

113

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  https://fcc.report/FCC-ID/KA2DWAX3000A1/4686664<br><br>https://fcc.report/FCC-ID/KA2DWAX3000A1/4686662 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **AX1800 Wi-Fi 6 USB Adapter - DWA-X1850-B1**<br><br>• **UPGRADE TO WI-FI 6:** Add AX1800 Wi-Fi 6 speeds to your PC or laptop for blazing-fast, stable connectivity with up to 574 Mbps (2.4 GHz) / 1200 Mbps (5 GHz). Up to 90% faster 2.4 GHz Speeds and 38% faster 5 GHz speeds compared to Wi-Fi 5 technology<br>• **PERFECT FOR STREAMING & GAMING:** Enjoy smooth 4K streaming, VR gaming, and video calls with reduced lag and better reliability<br>• **COMPACT & PORTABLE DESIGN:** Sleek, travel-friendly USB dongle for easy, on-the-go Wi-Fi 6 connectivity<br>• **ADVANCED OFDMA TECHNOLOGY:** Boosts connection efficiency by reducing network congestion, ensuring fast, stable Wi-Fi 6 performance<br><br>**Specification**<br>Antenna: Integrated antenna<br>Certifications: CE, FCC Class B, IC<br>Dimensions: 95.5 x 30 x 12.7 mm<br>Interfaces: USB port (USB 3.2 Gen 1 (USB 3.0) standard)<br>Operating Humidity: 10% to 90% non-condensing<br>Operating System: Windows 11 (64-bit driver support), Windows 10 (32 & 64-bit driver support)<br>Operating Temperature: 0 to 40 °C (32 to 104 °F)<br>Operating Voltage: 5.0 V DC ± 10%<br>Power: Operating mode : 464 mA, Standby mode : 154 mA<br>Standards: IEEE 802.11, IEEE, 802.11ac, IEEE, 802.11ax, IEEE, 802.11n<br><br>https://web.archive.org/web/20260219231033/https://shop.us.dlink.com/collections/routers-mesh-systems/products/d-link-aquila-pro-ai-ax3000-wi-fi-6-smart-mesh-router-w-wi-fi-6-usb-adapter-mbund30-1 |

115

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://web.archive.org/web/20250430032032/https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-refurbished-wifi-range-extender-ac2000-dual-band-for-smart-home-dap-1820-re |

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|



https://fcc.report/FCC-ID/KA2AP1820A1/4168747.pdf

https://web.archive.org/web/20250614162707/https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-refurbished-wifi5-ac1200-extender-dap-1610-re

117

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2AP1610B1/5046127.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br><br>https://web.archive.org/web/20250912155642/https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-open-box-aquila-pro-ai-ax3000-wi-fi-6-smart-mesh-extender-e30-re |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/KA2E30A1/6881721.pdf<br><br>https://web.archive.org/web/20250430041043/https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-open-box-aquila-pro-ai-ax6000-dual-band-wi-fi-6-router-m60-re |

Page |B-120

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **RF Test Report** |

| | | | | |
|---|---|---|---|---|
| Applicant | : | D-Link Corporation | | |
| Product Name | : | AX6000 Dual-Band Wi-Fi 6 Router (Single pack)<br>AX6000 Dual-Band Wi-Fi 6 Mesh System (Multi-pack) | | |
| Trade Name | : | D-Link | | |
| Model Number | : | M60 | | |
| Applicable Standard | : | FCC 47 CFR PART 15 SUBPART C<br>ANSI C63.10:2013 | | |
| Received Date | : | Dec. 27, 2022 | | |
| Test Period | : | May 17 ~ Jun. 12, 2023 | | |
| Issued Date | : | Aug. 23, 2023 | | |

| Operate Freq. Band | Frequency Range (MHz) | Modulation | Channel Bandwidth | Data Rate (ns) |
|---|---|---|---|---|
| 802.11b | 2412 ~ 2462 | DSSS | 20 MHz | Up to 11 Mbps |
| 802.11g | 2412 ~ 2462 | OFDM | 20 MHz | Up to 54 Mbps |
| 802.11n HT20 | 2412 ~ 2462 | OFDM (64QAM) | 20 MHz | Up to MCS 31 |
| 802.11n HT40 | 2422 ~ 2452 | OFDM (64QAM) | 40 MHz | Up to MCS 31 |
| 802.11n VHT20 | 2412 ~ 2462 | OFDM (256QAM) | 20 MHz | Up to MCS 8 |
| 802.11n VHT40 | 2422 ~ 2452 | OFDM (256QAM) | 40 MHz | Up to MCS 9 |
| 802.11ax HE20 | 2412 ~ 2462 | OFDMA | 20 MHz | Up to MCS 11 |
| 802.11ax HE40 | 2422 ~ 2452 | OFDMA | 40 MHz | Up to MCS 11 |

https://fcc.report/FCC-ID/KA2M60A1/6819652.pdf

121

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  |  https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-refurbished-2k-qhd-indoor-wifi-camera-mydlink-night-vision-sound-detection-dcs-8350lh-re?_pos |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **2. GENERAL INFORMATION**<br>**2.1 GENERAL DESCRIPTION OF THE EUT**<br><br>Product Name — 2K QHD Indoor Wi-Fi Camera<br>Trade Name — D-Link<br>Model Name — DCS-8350LH<br>Series Model — N/A<br>Model Difference — N/A<br><br>The EUT is a 2K QHD Indoor Wi-Fi Camera<br>IEEE 802.11a/ n(HT20)/ac(VHT20): 5.180GHz-5.240GHz<br>IEEE 802.11n(HT40)/ac(VHT40): 5.190GHz-5.310GHz<br>IEEE 802.11ac(VHT80): 5.210GHz<br>IEEE 802.11a/ n(HT20)/ac(VHT20): 5.260GHz-5.320GHz<br>IEEE 802.11n(HT40)/ac(VHT40): 5.270GHz-5.310GHz<br>IEEE 802.11ac(VHT80): 5.290GHz<br><br>https://fcc.report/FCC-ID/KA2CS8350LHA1/5404069.pdf |
| a plurality of antennas; and | D-Link 802.11ac compatible devices comprise a plurality of antennas.<br><br>For example, the "Analog and RF" components comprise a plurality of antennas. |

123

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  |  **Figure 22-6—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT SU PPDU** (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 232). |
| a transmitter coupled to the antennas and configured to provide to the antennas a plurality of output signals on a plurality of subcarriers for transmission to a receiver of another communication apparatus, wherein: | D-Link 802.11ac compatible devices comprise a transmitter coupled to the antennas and configured to provide to the antennas a plurality of output signals on a plurality of subcarriers for transmission to a receiver of another communication apparatus. For example, the transmitter is coupled to the antennas and provides the antennas a plurality of output signals (e.g., complex baseband waveform on each transmits chain) on a plurality of subcarriers for transmission to a receiver of another communication apparatus. |

124

Ex. B – Evidence of Use Regarding Infringement of U.S. Patent No. 7,676,007

| Claim 1 | **D-Link Systems, Inc.** |
|---|---|
| |

**Figure 22-11—Transmitter block diagram for the Data field of a 20 MH, 40 MHz, or 80 MH VHT SU PPDU with LDPC encoding**

(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4:  Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 235).

125 |

Page |B-126

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | The VHT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), 64-QAM, and 256-QAM. Forward error correction (FEC) coding (convolutional or LDPC coding) is used with coding rates of 1/2, 2/3, 3/4, and 5/6. (Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4:  Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 214). **22.3.7.2 Subcarrier indices in use** For description on subcarrier indices over which the signal is transmitted for non-HT and HT PPDUs, see 20.3.7. For a 20 MHz VHT PPDU transmission, the 20 MHz is divided into 64 subcarriers. The signal is transmitted on subcarriers –28 to –1 and 1 to 28, with 0 being the center (DC) subcarrier. For a 40 MHz VHT PPDU transmission, the 40 MHz is divided into 128 subcarriers. The signal is transmitted on subcarriers –58 to –2 and 2 to 58. For an 80 MHz VHT PPDU transmission, the 80 MHz is divided into 256 subcarriers. The signal is transmitted on subcarriers –122 to –2 and 2 to 122. For a 160 MHz VHT PPDU transmission, the 160 MHz is divided into 512 subcarriers. The signal is transmitted on subcarriers –250 to –130, –126 to –6, 6 to 126, and 130 to 250. (Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4:  Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 247). |
| the transmitter is configured to provide the output signals in response | D-Link 802.11ac compatible devices comprise a transmitter, wherein the transmitter is configured to provide the output signals in response to a plurality of input signals and limited feedback information. |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| to a plurality of input signals and limited feedback information; | For example, the transmitter provides the output signals in response to a plurality of input signals (e.g., spatial streams) and limited feedback information (e.g., beamforming feedback matrix, etc.).<br><br>**22.3.11 SU-MIMO and DL-MU-MIMO Beamforming**<br><br>**22.3.11.1 General**<br><br>SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs.<br><br>For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 20.3.12.3.6. The feedback report format is described in 8.4.1.48.<br><br>For DL-MU-MIMO beamforming, the receive signal vector in subcarrier $k$ at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, ..., y_{k,N_{RX_u}-1}]^T$, is shown in Equation (22-101), where $x_k = [x_{k,0}^T, x_{k,1}^T, ..., x_{k,N_{user}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, ..., x_{k,N_{STS,u}-1}]^T$ being the transmit signal for beamformee $u$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 293). |
| the transmitter is configured to receive the limited feedback information from the receiver; | D-Link 802.11ac compatible devices comprise a transmitter wherein the transmitter is configured to receive the limited feedback information from the receiver.<br><br>For example, the transmitter is configured to receive the limited feedback information from the receiver. |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **22.3.11 SU-MIMO and DL-MU-MIMO Beamforming**<br><br>**22.3.11.1 General**<br><br>SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs.<br><br>For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 20.3.12.3.6. The feedback report format is described in 8.4.1.48.<br><br>For DL-MU-MIMO beamforming, the receive signal vector in subcarrier $k$ at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (22-101), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,u}-1}]^T$ being the transmit signal for beamformee $u$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 293). |
| the limited feedback information includes interpolation information and beamforming vectors for a subset of the subcarriers; | D-Link 802.11ac compatible devices comprise limited feedback, wherein the limited feedback information includes interpolation information and beamforming vectors for a subset of the subcarriers.<br><br>For example, the limited feedback information includes interpolation information (e.g., SNR information, quantized angles) and beamforming vectors (e.g., beamforming feedback matrix, etc.) for a subset of the subcarriers (e.g., tone groups). |

128

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **22.3.11.2 Beamforming Feedback Matrix *V***<br><br>Upon receipt of a VHT NDP sounding PPDU, the beamformee shall remove the space-time stream CSD in Table 22-11 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ shall be compressed in the form of angles using the method described in 20.3.12.3.6. The angles, $\phi(k,\upsilon)$ and $\psi(k,u)$, are quantized according to Table 8-53e. The number of bits for quantization is chosen by the beamformee, based on the indication from the beamformer as to whether the feedback is requested for SU-MIMO beamforming or DL-MU-MIMO beamforming. The compressed beamforming feedback using 20.3.12.3.6 is the only Clause 22 beamforming feedback format defined.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (20-79). For SU-MIMO beamforming, the beamformer can use this $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL-MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ using $V_{k,u}$ and $SNR_{k,u}$ ($0 \le u \le N_{user} - 1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>The beamformee decides the tone grouping value to be used in the beamforming feedback matrix $V$. A STA with dot11VHTSUBeamformerOptionImplemented equal to true shall support all tone grouping values and Codebook Information values.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 294). |
| the transmitter is configured to derive beamforming vectors for | D-Link 802.11ac compatible devices comprise a transmitter, wherein the transmitter is configured to derive beamforming vectors for at least one subcarrier of the plurality of subcarriers not included in the subset based at least on an interpolation of the beamforming vectors for a subset of the subcarriers. |

129

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| at least one subcarrier of the plurality of subcarriers not included in the subset based at least on an interpolation of the beamforming vectors for a subset of the subcarriers; | The transmitter is configured to derive beamforming vectors (e.g., transmit steering matrices $Q_k$) for at least one subcarrier of the plurality of subcarriers not included in the subset (e.g., not in the Group) based at least on an interpolation of the beamforming vectors for a subset of the subcarriers (e.g., beamforming feedback matrix, quantized angles, and new SNR information from some participating beamformees). <br><br> The DL-MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k, N_{user} - 1}]$ can be determined by the beamformer using the beamforming feedback matrices for subcarrier $k$ from beamformee $u$, $V_{k,u,}$ and SNR information for subcarrier $k$ from beamformee $u$, $SNR_{k,u}$, where $u = 0, 1, ..., N_{user} - 1$. The steering matrix that is computed (or updated) using new beamforming feedback matrices and new SNR information from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL-MU-MIMO data transmission. The beamformee group for the MU transmission is signaled using the Group ID field in VHT-SIG-A (see 22.3.8.3.3 and 22.3.11.4). <br><br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput for Operation in Bands below 6 GHz, p. 294). |
| the interpolation is based at least in part on the interpolation information; and the interpolation information includes phase values. | D-Link 802.11ac compatible devices comprise an interpolation, wherein the interpolation is based at least in part on the interpolation information; and the interpolation information includes phase values. <br><br> For example, the interpolation is based at least in part on the interpolation information (e.g., SNR, quantized angles), and the interpolation information includes phase values (e.g., phase values are included in the beamforming feedback matrices). |

Case 7:26-cv-00121    Document 1-2    Filed 04/01/26    Page 132 of 132

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | A $N_r \times N_c$ beamforming feedback orthonormal column matrix $V$ is column-wise phase invariant because the steering matrix needs a reference in phase per each column. When the number of rows and columns is equal, the orthonormal column matrix becomes a unitary matrix. In other words, $V$ is equivalent to $\tilde{V}\tilde{D}$, where $\tilde{D}$ is a column-wise phase shift matrix such as $\tilde{D} = \text{diag}\left( e^{j\theta_1}, e^{j\theta_2}, \ldots, e^{j\theta_{N_c}} \right)$. When the beamformee estimates the channel, it may find $\tilde{V}$ for the beamforming feedback matrix for the beamformer, but it should send $\tilde{V}\tilde{D}$ back to the beamformer, where $V = \tilde{V}\tilde{D}$. The angle, $\theta_i$, in $\tilde{D}$ is found to make the last row of $\tilde{V}\tilde{D}$ to be non-negative real numbers. (Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1734) |