# **EXHIBIT C**

Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| 15.  An apparatus comprising: | Defendant D-Link Systems, Inc. ("D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports 802.11/BT compatible devices including, but not limited to, 2K QHD Outdoor Wi-Fi Camera (DCS-8620LH), Wireless AX3000 Dual-Band PCI Express Adapter (DWA-X582), 2K QHD Indoor Wi-Fi Camera (DCS-8350LH), 2K QHD Pan & Zoom Outdoor Wi-Fi Camera (DCS-8635LH), 2K QHD Pan & Tilt Wi-Fi Camera (DCS-8526LHB1), 2K QHD Pan & Tilt Wi-Fi Camera (DCS-8526LHA1), U.S. Cellular Home Phone (DWR-920V), AX3200 Mesh Wi-Fi 6 Router (DIR-X3260), AC1750 High Performance Mesh Wi-Fi Range Extender (DAP-1750), AC1750 Gigabit Dualband 3\*3 11AC MU-MIMO Wi-Fi Range Extender (DAP-1755), Intel WiFi 6 AX200 (AX200NGW), X3200 WI-FI 6 AI MESH SYSTEM, AX3200 WI-FI 6 AI MESH ROUTER, AX3200 MESH ROUTER, AX3200 MESH SYSTEM, AX3200 MESH WI-FI 6 ROUTER (M32), AC1900 Dual Band Whole Home Mesh Wi-Fi System (COVR-1900), AC1900 Gigabit Dualband 3\*3 11AC MU-MIMO Wi-Fi Range Extender (DAP-1955), AC1900 High Performance Mesh Wi-Fi Range Extender (DAP-1950), D-Link AQUILA PRO AI AX3000 Wi-Fi 6 Smart Mesh Router w/ Wi-Fi 6 USB Adapter - MBUND30-1, AX3000 Wi-Fi 6 Smart Mesh Router (M30), D-Link AQUILA PRO AI AX3000 Smart WiFi 6 Mesh Router System 2-Pack - (M30/2),D-Link AQUILA PRO AI AX3000 Smart WiFi 6 Mesh Router System 3-Pack - (M30/3), AX900 Wi-Fi 6 USB Adapter Wi-Fi 6 AX900 USB 2.0 Dongle (AX9U), D-Link Expandable Smart Wi-Fi Water Leak Sensor Starter Kit (SW-A11KT), 2K Outdoor Wi-Fi Camera (DCS-8302LHA1), 2K Outdoor Wi-Fi Camera (DCS-8302LHB1), HD Pan & Tilt Wi-Fi Camera (DCS-8515LH), Smart Full HD Wi-Fi Camera (DCS-8325LH), Mini Full HD Wi-Fi Camera (DCS-8000LHV2), Smart Full HD Wi-Fi Camera (DCS-8330LH), Full HD Wi-Fi Spotlight Camera (DCS-8630LH), Full HD Outdoor Wi-Fi Spotlight Camera (DCS-8627LH), Full HD Wi-Fi Camera (DCS-8301LH), Wireless N300 4G LTE Router (DWR-920V), AX6000 Wi-Fi 6 Smart Home Gateway Wi-Fi 6 AX6000 IoT Gateway (MS60), Remote Water Leak Sensing Pod (SW-A2), AC Powered Wi-Fi Water Leak Sensor (DCH-S162 A1), Outdoor Wi-Fi Smart Plug (DSP-W320), Refurbished product- D-Link [Certified Refurbished] 2K QHD Indoor WiFi Camera mydlink - Night Vision, Sound Detection - DCS-8350LH/RE), Water Leak Sensor Kit - (DCH-S1621KT/RE), that comprise an apparatus.<br><br>For example, D-Link 802.11/BT compatible devices comprise an apparatus. |

1

| Claim 15 | D-Link Systems, Inc. |
|----------|----------------------|
| Page \|C-2 |  https://fcc.report/FCC-ID/KA2WAX582A1/4946227 https://fcc.report/FCC-ID/KA2WAX582A1/4946234 |

2

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2CS8620LHA1/5385807 <br><br> https://fcc.report/FCC-ID/KA2CS8620LHA1/5385788 |

3

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  |  https://fcc.report/FCC-ID/KA2CS8350LHA1/5385060 https://fcc.report/FCC-ID/KA2CS8350LHA1/5385059 |

4

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |

https://fcc.report/FCC-ID/KA2CS8635LHA1/5264791 |

5

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2CS8635LHA1/5264795<br><br>https://fcc.report/FCC-ID/KA2CS8635LHA1/5264791 |

6

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2CS8526LHB1/7783468 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2WR920VA1/4290854<br><br>https://fcc.report/FCC-ID/KA2WR920VA1/4290855<br><br>https://www.qualcomm.com/products/technology/modems/qualcomm-9207-lte-modem#specs |

8

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| Page \|C-9 | <br><br>https://fcc.report/FCC-ID/KA2IRX3260A1/5268583<br><br>https://fcc.report/FCC-ID/KA2IRX3260A1/5268529 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2AP1755A1/4631839<br><br>https://fcc.report/FCC-ID/KA2AP1755A1/4631816 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  |  https://edaltech.com/products/mediatek/ft7759b.html<br><br>https://fcc.report/FCC-ID/KA2AP1755A1/4631840 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  |

12

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | **D-Link** <br><br> Federal Communications Commission <br> 7435 Oakland Mills Road <br> Columbia, Maryland 21046 <br> USA <br><br> Subject: Declaration of Changing ID, FCC ID: **KA2DWAX3000A1** <br><br> Date: Feb. 19, 2020 <br><br> To Whom It May Concern, <br> We, D-Link Corporation, would like to proceed a change ID project. <br> Original application information: <br> Company name: Intel Mobile Communications <br> FCC ID: PD9AX200NG <br> Product name: Intel WiFi 6 AX200 <br> Model name: AX200NGW <br> Original issued date: **03/05/2019** <br> We would like to market the above referenced product under our FCC ID: <br> **KA2DWAX3000A1**and part no. is **AX200NGW.** <br> All other hardware and software is identical with original granted. <br> This application has been authorized by Intel Mobile Communications. <br> We would like to declare that **KA2DWAX3000A1**is electrically identical and the only changed is the label on the device. The original test results continue to be representative of and applicable to the changed equipment. <br><br> https://fcc.report/FCC-ID/KA2DWAX3000A1/4686666 <br><br> **D-Link Corporation** <br> FCC ID.: KA2DWAX3000A1 <br> The FCC ID will be placed on the equipment as shown in the photograph below. <br><br> Intel® Wi-Fi 6 AX200 <br> Model: AX200NGW <br> FCC ID: KA2DWAX3000A1 <br> IC: 4Z16A-DWAX3000A1 <br><br> https://fcc.report/FCC-ID/KA2DWAX3000A1/4686664 <br><br> **EUT Detailed Photographs** <br><br> (1) EUT Photo |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2DWAX3000A1/4686662<br><br>https://fcc.report/FCC-ID/KA2M32A1/5480876 |

14

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| Page |C-15 | https://fcc.report/FCC-ID/KA2M32A1/5480838.pdf<br><br>https://fcc.report/FCC-ID/KA2COVR1900A1/4628772 |

15

| Claim 15 | D-Link Systems, Inc. |
|----------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2COVR1900A1/4628744<br><br>https://edaltech.com/products/mediatek/ft7759b.html |

16

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2AP1955A1/4621189 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| Page |C-18 | https://edaltech.com/products/mediatek/ft7759b.html <br><br>  <br><br> https://fcc.report/FCC-ID/KA2AP1955A1/4621188 <br><br> https://fcc.report/FCC-ID/KA2AP1955A1/4621177.pdf |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://edaltech.com/products/mediatek/ft7759b.html https://www.dlink.com/en/products/m30-ax3000-wifi-6-smart-mesh-router#Specs |

| Claim 15 | D-Link Systems, Inc. |
| --- | --- |
| |  https://web.archive.org/web/20251218092023/https://shop.us.dlink.com/products/d-link-aquila-pro-ai-ax3000-smart-wifi-6-router-2-pack-m30-2 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | https://web.archive.org/web/20250123183118/https://shop.us.dlink.com/collections/d-link-wifi-routers/products/d-link-aquila-pro-ai-ax3000-smart-wifi-6-mesh-router-system-3-pack-m30-3  https://web.archive.org/web/20251222091727/https://shop.us.dlink.com/collections/routers-mesh-systems/products/d-link-aquila-pro-ai-ax3000-wi-fi-6-smart-mesh-router-w-wi-fi-6-usb-adapter-mbund30-1 |

21

| Claim 15 | D-Link Systems, Inc. |
| --- | --- |
| | <br>https://fcc.report/FCC-ID/KA2M30A1/6641161<br><br>https://fcc.report/FCC-ID/KA2M30A1/6641143 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |

https://www.mediatek.com/products/home-networking/mt7697 |

23

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-refurbished-2k-qhd-indoor-wifi-camera-mydlink-night-vision-sound-detection-dcs-8350lh-re?_pos |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | **2. GENERAL INFORMATION**<br>**2.1 GENERAL DESCRIPTION OF THE EUT**<br><br>Product Name: 2K QHD Indoor Wi-Fi Camera<br>Trade Name: D-Link<br>Model Name: DCS-8350LH<br>Series Model: N/A<br>Model Difference: N/A<br><br>The EUT is a 2K QHD Indoor Wi-Fi Camera<br>IEEE 802.11a/ n(HT20)/ac(VHT20): 5.180GHz-5.240GHz<br>IEEE 802.11n(HT40)/ac(VHT40): 5.190GHz-5.310GHz<br>IEEE 802.11ac(VHT80): 5.210GHz<br>IEEE 802.11a/ n(HT20)/ac(VHT20): 5.260GHz-5.320GHz<br>IEEE 802.11n(HT40)/ac(VHT40): 5.270GHz-5.310GHz<br>IEEE 802.11ac(VHT80): 5.290GHz<br><br>https://fcc.report/FCC-ID/KA2CS8350LHA1/5404069.pdf<br><br>D-Link<br><br>User Manual<br><br>AX900 Wi-Fi 6 USB Adapter<br><br>AX9U<br><br>**Introduction**<br><br>The AX900 Wi-Fi 6 USB Adapter (AX9U) delivers powerful wireless AX technology to your desktop or notebook computer. Simply plug the adapter into an available USB port and connect to a wireless network to access a secure, high-speed internet connection - 900 Mbps*. And with integrated dual band technology, it works in harmony with our home Wi-Fi series to maximize throughput.<br><br>**Interference-Free Bandwidth**<br>The AX900 Wi-Fi 6 USB Adapter (AX9U) operates in both 2.4 GHz and 5GHz bands for better overall user experience with the intelligent, interference-free bandwidth. Check your email and surf the Internet on the 2.4 GHz band. Play games and join virtual conferences and stream HD movies to multiple devices using the cleaner, interference-free 5 GHz band.<br><br>https://device.report/manual/17126680<br><br>**SAR Evaluation Report for FCC**<br><br>Applicant Name : D-Link Corporation<br>Applicant Address : 14420 Myford Road Suite 100 Irvine California United States 92606<br>Product Name : AX900 Wi-Fi 6 USB Adapter<br>Wi-Fi 6 AX900 USB 2.0 Dongle<br>Brand Name : D-Link<br>Model Number : AX9U<br>FCC ID : KA2AX9UA1 |

25

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | https://fcc.report/FCC-ID/KA2AX9UA1/7871561.pdf<br><br>https://shop.us.dlink.com/collections/smart-home-devices/products/d-link-expandable-smart-wi-fi-water-leak-sensor-starter-kit-sw-a11kt |

26

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2CS8302LHB1/5682358.pdf |

27

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/KA2CS8302LHA1/4778006<br><br>https://fcc.report/FCC-ID/KA2-CS8515LHA1/4182575 |

28

| Claim 15 | D-Link Systems, Inc. |
|----------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2CS8325LHA1/4557823 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2CS8000LHV2A1/4480388 <br><br> https://fcc.report/FCC-ID/KA2CS8330LHA1/4470277 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2CS8330LHA1/4500464 https://fcc.report/FCC-ID/KA2CS8630LHA1/4679879 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://www.dlink.com/us/en/for-home/cameras<br><br>https://www.dlink.com/en/-/media/consumer_products/dcs/dcs-8627lh/datasheet/dcs_8627lh_datasheet_en_eu.pdf |

32

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://fcc.report/FCC-ID/KA2CS8301LHA1/4870080<br><br>https://fcc.report/FCC-ID/KA2CS8301LHA1/4870079<br><br>https://www.realtek.com/Product/Index?id=610&cate_id=194 |

33

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |

https://fcc.report/FCC-ID/KA2WR920VA1-1/4299972 |

34

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  |  https://www.qualcomm.com/products/technology/modems/qualcomm-9207-lte-modem#specs <br><br> https://www.dlink.com/en/for-home/wifi/aquila-pro-ai |

35

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | **MPE Report**<br><br>Applicant : D-Link Corporation<br>Product Name : AX6000 Wi-Fi 6 Smart Home Gateway<br>Wi-Fi 6 AX6000 IoT Gateway<br>Trade Name : D-Link<br>Model Number : MS60<br>Applicable Standard : 47 CFR § 2.1093<br>Received Date : Dec. 29, 2023<br>Issued Date : May 16, 2024<br><br>**2.1 RF Specification**<br><br>**Wi-Fi 2.4G**<br>Support type: ☒ 802.11b ☒ 802.11g ☒ 802.11n ☒ 802.11ax<br>Support bandwidth: ☒ 20 MHz ☒ 40 MHz<br>**Wi-Fi 5G**<br>Operation Band: ☒ U-NII-1 ☒ U-NII-2A ☒ U-NII-2C ☐ U-NII-3 / ☐ U-NII-5<br>Support type: ☒ 802.11a ☒ 802.11n ☒ 802.11ac ☒ 802.11ax<br>Support bandwidth: ☒ 20 MHz ☒ 40 MHz ☒ 80 MHz ☒ 160 MHz<br>**Bluetooth**<br>Support type: ☐ BR ☐ EDR ☒ BLE-1 Mbps ☒ BLE-2 Mbps<br>**Zigbee**<br>Operation frequency: 2405 - 2480MHz<br><br>https://fcc.report/FCC-ID/KA2MS60A1/7354194 |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | <br><br>https://shop.us.dlink.com/products/d-link-water-sensor-pod-add-on-battery-powered-long-range-compatible-only-with-sw-a11kt-single-and-multi-pack-sw-a2?srsltid=AfmBOorOZSykGzXrOUB8IDpWaqBqbsAfAxgT0oRbjMGxxVMDa9vEnl8C<br><br>https://fcc.report/FCC-ID/KA2CHS162A1/5052512 |

37

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | **FCC Radio Test Report**<br>**FCC ID: KA2CHS162A1**<br>This report concerns: Original Grant<br><br>Project No. : 2009H044<br>Equipment : DCH-S162 A1<br>Brand Name : D-Link<br>Test Model : DCH-S162 A1<br>Series Model : N/A<br>Applicant : D-Link Corporation<br>Address : 17595 Mt. Herrmann, Fountain Valley,California United State 92708<br>Manufacturer : D-Link Corporation<br>Address : 17595 Mt. Herrmann, Fountain Valley,California United State 92708<br>Factory : LEEDARSON LIGHTING CO., LTD.<br>Address : Xingtai Industrial Zone,Economic Development Zone, Changtai County,Zhangzhou City, Fujian Province, P.R.China<br>Date of Receipt : Oct. 23, 2020<br>Date of Test : Oct. 23, 2020~Dec. 02, 2020<br>Issued Date : Dec. 14, 2020<br>Report Version : R00<br><br>**2. GENERAL INFORMATION**<br>**2.1 GENERAL DESCRIPTION OF EUT**<br><br>Equipment: DCH-S162 A1<br>Brand Name: D-Link<br>Test Model: DCH-S162 A1<br>Series Model: N/A<br>Model Difference(s): N/A<br>Software Version: V1.00.07<br>Hardware Version: V2.0<br>Power Source: AC Power supplied.<br>Power Rating: AC100~240V 50/60Hz<br>Operation Frequency: 2412 MHz ~ 2462 MHz<br>Modulation Type: IEEE 802.11b: DSSS / IEEE 802.11g: OFDM / IEEE 802.11n: OFDM<br>Bit Rate of Transmitter: IEEE 802.11b: 11/5.5/2/1 Mbps / IEEE 802.11g: 54/48/36/24/18/12/9/6 Mbps / IEEE 802.11n: up to 150 Mbps<br>Maximum Output Power Non-Beamforming: IEEE 802.11b: 19.68 dBm (0.0929 W) / IEEE 802.11g: 23.84 dBm (0.2421 W) / IEEE 802.11n (HT20): 22.71 dBm (0.1866 W)<br><br>https://fcc.report/FCC-ID/KA2CHS162A1/5052506<br><br>**FCC RF EXPOSURE REPORT**<br>**FCC ID: KA2CHS162A1**<br>Project No. : 2009H044<br>Equipment : DCH-S162 A1<br>Brand Name : D-Link<br>Test Model : DCH-S162 A1<br>Series Model : N/A<br>Applicant : D-Link Corporation<br>Address : 17595 Mt. Herrmann, Fountain Valley,California United State 92708<br>Manufacturer : D-Link Corporation<br>Address : 17595 Mt. Herrmann, Fountain Valley,California United State 92708<br>Factory : LEEDARSON LIGHTING CO., LTD.<br>Address : Xingtai Industrial Zone,Economic Development Zone, Changtai County,Zhangzhou City, Fujian Province, P.R.China<br>Date of Receipt : Oct. 23, 2020<br>Date of Test : Oct. 23, 2020~Dec. 02, 2020<br>Issued Date : Dec. 18, 2020<br>Report Version : R00<br>Test Sample : Engineering Sample No.: SH2020111669/SH2020111670<br>Standard(s) : FCC Guidelines for Human Exposure IEEE C95.1 & FCC Part 2.1091 |

38

| Claim 15 | D-Link Systems, Inc. |
|----------|----------------------|
| |  https://fcc.report/FCC-ID/KA2CHS162A1/5052507 <br><br> https://fcc.report/FCC-ID/KA2SPW320A1/4415633 |

39

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| |

https://fcc.report/FCC-ID/KA2SPW320A1/4415629

https://shop.us.dlink.com/collections/certified-refurbished/products/d-link-certified-refurbished-water-leak-sensor-starter-kit-dch-s1621kt-re |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
|  | **Technical Specifications**<br><br>General<br>Connectivity — IEEE 802.11n/g wireless / Bluetooth Low Energy 4.2 / Sub-GHz wireless<br>Wireless Encryption — AES 128-bit encryption<br>Security — WPA2 / WPA3<br>Antennas — 2 x internal antenna<br>LED — Status / Strobe<br>Alarm Volume — 100 dB<br>Device Interfaces — Reset button<br>Connection Interface — RJ-11<br><br>https://support.dlink.com/resource/PRODUCTS/DCH-S1621KT/REVA/DCH-S1621KT_REVA_DATASHEET_v1.00_US.pdf |
| a first air interface subsystem comprising: | Defendant's Accused Products, comprise a first air interface subsystem.<br><br>For example, D-Link 802.11/BT compatible devices comprise a first air interface subsystem (e.g., 802.11 Device). |

41

Ex. C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,653,031

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | <br><br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br><br>(802.15.2-2003, Part 15.2: Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10)<br><br>Defendant's Accused Products, comprise a receiver configured for receiving a beacon frame in accordance with a first communications protocol using a shared-communications channel wherein the beacon frame comprises a beacon interval.<br><br>For example, D-Link 802.11/BT compatible devices comprise a receiver (e.g., 802.11 receiver) configured for receiving a beacon frame (e.g., beacon) in according with a first communications protocol (e.g., 802.11) using a shared-communications channel (e.g., a 2.4 GHz channel), wherein the beacon frame comprises a beacon interval (e.g., a WLAN interval). |
| a receiver configured for receiving a beacon frame in accordance with a first communications protocol using a shared-communications | |

42

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| channel wherein the beacon frame comprises a beacon interval; | The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period.<br><br><br><br>**Figure 2—Timing of the WLAN and WPAN subintervals**<br>(802.15.2-2003, Part 15.2:  Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, pp. 13-14) |

43

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| a processor configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the time at which the beacon frame is received and on the beacon interval; and | Defendant's Accused Products, comprise a processor configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the time at which the beacon frame is received and on the beacon interval.<br><br>For example, D-Link 802.11/BT compatible devices comprise a processor (e.g., in 802.11 Device) configured for determining a transmit opportunity on the shared-communications channel wherein the transmit opportunity is based on the beacon frame.<br><br>The IEEE 802.11 WLAN AP sends out a beacon at a periodic interval. The beacon period is $T_B$. AWMA subdivides this interval into two subintervals: one for WLAN traffic and one for WPAN traffic. Figure 2 illustrates the separation of the WLAN beacon interval into two subintervals. The WLAN interval begins at the WLAN target beacon transmit time (TBTT). The length of WLAN subinterval is $T_{WLAN}$, which is specified in the offset field of the medium sharing element (MSE) in the beacon. The WPAN subinterval begins at the end of the WLAN interval. The length of the WPAN subinterval is $T_{WPAN}$, which is specified in the duration field of the MSE in the beacon. The combined length of these two subintervals shall not be greater than the beacon period.<br><br>(802.15.2-2003, Part 15.2:  Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 13) |
| an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the second air interface subsystem comprises a first transmitter, | Defendant, using the Accused Products, comprise an interface configured for notifying a second air interface subsystem of the transmit opportunity, wherein the second air interface subsystem comprises a first transmitter, wherein the first transmitter is configured to communicate in accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer.<br><br>D-Link 802.11/BT compatible devices comprise an interface (e.g., AWMA Medium Free Generation) for notifying a second air interface (e.g., 802.15 Device) of the transmit opportunity.  The second air interface subsystem comprises a first transmitter (e.g., 802.15 transmitter) configured to communicate in accordance with a second communications protocol (e.g., 802.15, Bluetooth, etc.) using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer (e.g., processor-based device). |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| wherein the first transmitter is configured to communicate in accordance with a second communications protocol using the shared-communications channel, and wherein the first air interface subsystem and the second air interface subsystem are both configured to be associated with a same host computer. | <br>**Figure 1—Overall structure of 802.11b / 802.15.1 combined AWMA and PTA collaborative coexistence mechanism**<br><br>(802.15.2-2003, Part 15.2:  Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 10) |

| Claim 15 | D-Link Systems, Inc. |
|---|---|
| | **5.1 WLAN/WPAN synchronization** <br><br> AWMA requires that a WLAN node and the WPAN master are collocated in the same physical unit (e.g., both within a single laptop computer). AWMA requires the WLAN node to control the timing of the WLAN and WPAN subintervals. All WLAN nodes connected to the same AP are synchronized, and hence have the same TBTT. As a result all units that implement AWMA have synchronized WLAN and WPAN subintervals. The WLAN node is required to send a physical synchronization signal to the WPAN master, which is in the same physical unit as the WLAN node. That synchronization signal specifies both the WLAN interval and the WPAN interval. This synchronization signal is called the medium free signal. Therefore, the medium is free of WLAN traffic when the medium free signal is true. Figure 3 illustrates the medium free signal. <br> (802.15.2-2003, Part 15.2:  Coexistence of Wireless Personal Area Networks with Other Wireless Devices Operating in Unlicensed Frequency Bands, 28 August 2003, p. 15) |