# EXHIBIT D

Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A method for waking a computing device over a wireless network comprising: | Defendant D-Link Systems, Inc. ( "D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports Bluetooth compatible devices such as **AX3000 Wi-Fi 6 PCIe Adapter with Bluetooth 5.1 (DWA-X3000), DWA-X582, AX900 Wi-Fi 6 USB Adapter (AX9U), DCS-8635LH, DCH-G601W, DCS-8526LH, Wi-Fi Smart Plug (PM-01M), 2K QHD Outdoor Wi-Fi Camera (DCS-8620LH), M18 AX1800 Wi-Fi 6 AI Router, R32 AX3200 Smart Router, D-Link Add-on Remote Battery-Powered Water Leak Sensing Pod (SW-A2) etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), that perform a method for waking a computing device over a wireless network.<br><br>For example, D-Link Bluetooth 5.0 (BLE) compatible devices perform a method for waking a computing device over a wireless network.<br><br>AX3000 Wi-Fi 6 PCIe Adapter with Bluetooth 5.1 DWA-X3000<br>• Enhanced data speeds up to 2.7x faster than previous standards<br>• Multiple adjustable antennas ensure high speeds and unbroken connections<br>• Magnetized antenna base allows fine-tuning of<br><br>https://www.dlink.com/middle-east/en/products/dwa-x3000-ax3000-wifi-6-pcle-adapter-with-bluetooth-51 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://support.dlink.com/resource/PRODUCTS/DWA-X3000/REVA/DWA-X3000_REVA_DATASHEET_1.00_EN.PDF<br><br>https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

Page |D-2

2

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
|  | **KA2AX9UA1**<br>FCC ID<br>Equipment:<br><br>D-Link Corporation AX9UA1<br>14420 Myford Road Suite 100, Irvine, CA 92606 United States<br><br>**Application Details:**<br><br>Equipment — AX900 Wi-Fi 6 USB Adapter, Wi-Fi 6 AX900 USB 2.0 Dongle<br>FRN — 0031739816<br>Grantee Code — KA2<br>Product Code — AX9UA1<br>Applicant Business — D-Link Corporation<br><br>https://fcc.report/FCC-ID/KA2AX9UA1 |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br>https://www.dlink.com/en/products/ax9u |

4

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

5

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/en/products/dcs-8635lh-2k-qhd-pan-zoom-outdoor-wi-fi-camera |

Page |D-6

6

Page |D-7

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2CHG601WA1/3837801.pdf<br><br>https://fcc.report/FCC-ID/KA2CHG601WA1/3837798 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | WG7831-D0<br>IEEE 802.11b,g,n<br>+ BT 5.1<br><br>Key Features<br>2.4GHz WLAN (b,g,n), BT 5.1<br>Integrated crystal, Tx/Rx switch and bandpass filter<br>WLAN / Bluetooth coexistance circuitry<br>Dimension 12.8mm(L) x 12mm(W) x 1.7mm(H)<br>Based on TI Wilink8 45-nm CMOS technology<br><br>https://web.archive.org/web/20251114063729/https://www.jorjin.com/products/wireless-connectivity/wifi-bt-for-cpu/wg7831-d0/ |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://www.dlink.com/en/products/dcs-8526lh-2k-qhd-pan-tilt-wi-fi-camera |

9

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2CS8526LHB1/7782943 |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/en/-/media/consumer_products/pm/pm01m/datasheet/pm01ma1datasheetv100us-3.pdf |

11

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **2K QHD Outdoor Wi-Fi Camera DCS-8620LH**<br><br>• QHD 1440p (2K) resolution captures everything in vivid detail<br>• H.265 (1440P) compression delivers higher image quality<br>• Wide-angle 127-degree (Diagonal) FOV keeps a watchful eye on the perimeter<br>• 2-way audio with 90 dB siren and dog bark feature to scare off any would-be intruders<br>• IP65 weatherproof design keeps the camera running in rough outdoor environments<br>• Dual-band (2.4 GHz/5 GHz) compatibility helps ensure the camera is always connected<br>• Color Night Vision lets you see up to 7 meters in dark conditions<br>• microSD card slot lets you store up to 256 GB of video<br>• AI-based person detection alerts you to motion that matters<br>• Glass break detection to notify you of possible break-ins<br>• Works with the mydlink app for easy BLE setup and remote access from anywhere<br>• Latest WPA3 encryption keeps your connections more secure<br>• IPv6 compatibility for better connections<br>• ONVIF Profile S/T compliance ensures system interoperability<br>• Voice command convenience with Google Assistant and Amazon Alexa<br>• Works with the mydlink app for easy BLE setup and remote access from anywhere<br><br>**Specification**<br><br>| | |<br>|---|---|<br>| Angle of View | (D: 127° / H: 108° / V: 58°) |<br>| Aperture | F1.55 |<br>| Audio | Built in microphone and speaker |<br>| Audio Codec | MPEG-2 AAC LC |<br>| **Bluetooth** | **Bluetooth Low Energy 5.0** |<br>| Cable Length | Adapter: 3 m (9.84 ft) Device: 4m (13.12ft) |<br>| Certifications | CE FCC IC |<br><br>https://www.dlink.com/en/products/dcs-8620lh-2k-qhd-outdoor-wi-fi-camera#Specs |

12

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://fcc.report/FCC-ID/KA2M18A1/6061782.pdf<br><br>https://fcc.report/FCC-ID/KA2M18A1/6061738.pdf |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| Page ID-14 |

https://edit.wpgdadawant.com/uploads/news_file/blog/2020/2406/tech_files/blog_2406_suggest_other_file.pdf

https://fcc.report/FCC-ID/KA2R32A1/5871215.pdf |

14

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://shop.us.dlink.com/products/d-link-water-sensor-pod-add-on-battery-powered-long-range-compatible-only-with-sw-a11kt-single-and-multi-pack-sw-a2?srsltid=AfmBOorOZSykGzXrOUB8IDpWaqBqbsAfAxgT0oRbjMGxxVMDa9vEnl8C |
| broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received; | Defendant, using the Accused Products, performs the step of broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received.<br><br>For example, D-Link Bluetooth compatible devices broadcast a signal (e.g., CONNECT_IND or AUX_CONNECT_REQ) containing a wake-up data sequence (e.g., AdvA) for at least one computing device over a wireless network (e.g., Bluetooth network). D-Link Bluetooth compatible devices periodically broadcast the signal over one or more wireless channels (e.g., channels that advertising PDUs were received on) until either a first predetermined time period expires (e.g., transmit window) or a confirmation signal is received. |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **2.3.3.1 CONNECT_IND and AUX_CONNECT_REQ**<br><br>The CONNECT_IND and AUX_CONNECT_REQ PDUs have the Payload as shown in Figure 2.12. TxAdd in the advertising channel PDU header indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the advertising channel PDU header indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>The ChSel field in the CONNECT_IND PDU header shall be set to 1 if the initiator supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).The ChSel field in the AUX_CONNECT_REQ PDU header is Reserved for Future Use.<br><br>**Payload**<br><br>| InitA | AdvA | LLData |<br>|---|---|---|<br>| (6 octets) | (6 octets) | (22 octets) |<br><br>*Figure 2.12: CONNECT_IND and AUX_CONNECT_REQ PDU payload*<br><br>The format of the LLData field is shown in Figure 2.13.<br><br>**LLData**<br><br>| AA | CRCInit | WinSize | WinOffset | Interval | Latency | Timeout | ChM | Hop | SCA |<br>|---|---|---|---|---|---|---|---|---|---|<br>| (4 octets) | (3 octets) | (1 octet) | (2 octets) | (2 octets) | (2 octets) | (2 octets) | (5 octets) | (5 bits) | (3 bits) |<br><br>*Figure 2.13: LLData field structure in CONNECT_IND and AUX_CONNECT_REQ PDU's payload*<br><br>The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd.<br>(Bluetooth Core Specification v5.0, p. 2577) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | Figure 4.28: Master's view of LL connection setup with CONNECT_IND<br><br>(Bluetooth Core Specification v5.0, p. 2641) |
| receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode; | Defendant, using the Accused Products, performs the step of receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode.<br><br>For example, D-Link Bluetooth compatible devices broadcast signal is received by the computing device while that device is in a reduced power mode (e.g., Advertising State). The computing device first enters a wake-up sequence detection mode (e.g., Advertising State).<br><br>The Link Layer in the Standby State does not transmit or receive any packets. The Standby State can be entered from any other state.<br><br>The Link Layer in the Advertising State will be transmitting advertising channel packets and possibly listening to and responding to responses triggered by these advertising channel packets. A device in the Advertising State is known as an advertiser. The Advertising State can be entered from the Standby State.<br><br>(Bluetooth Core Specification v5.0, p. 2553) |

19

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | ### 3.1 UNDIRECTED ADVERTISING<br><br>A device may enter the Advertising State by enabling advertising. It should also configure the advertising parameters before doing this (see Figure 3.1).<br><br><br><br>Figure 3.1:  Undirected Advertising<br><br>(Bluetooth Core Specification v5.0, p. 2717) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires; and | Defendant, using the Accused Products, performs the step of scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires.<br><br>For example, D-Link Bluetooth compatible devices' signal is scanned by the computing device for a wake-up data sequence (e.g., AdvA).  The scanning is performed until either the wake-up data sequence for that computing device is received (e.g., its AdvA in the CONNECT_IND) or a second predetermined time period expires (e.g., advertising interval).<br><br>**4.5.5  Connection Setup – Slave Role**<br><br>After the advertiser receives a CONNECT_IND PDU on the primary advertising channel or sends an AUX_CONNECT_RSP PDU on the secondary advertising channel, the Link Layer is in the Connection State in the Slave Role. The slave shall reset the Link Layer connection supervision timer $T_{LLconnSupervision}$. The Link Layer shall notify the Host that the connection has been created. The first connection event shall use the data channel index as specified in Section 1.4.1.<br><br>(Bluetooth Core Specification v5.0, p. 2641)<br><br>If the advertiser receives a PDU for the advertising event that is not explicitly allowed it shall be ignored. If no PDU is received or the received PDU was ignored, the advertiser shall either send an advertising PDU on the next used primary advertising channel index or close the advertising event.<br><br>(Bluetooth Core Specification v5.0, p. 2609-10) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **4.4.2.2  Advertising Events**<br><br>Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>Advertising packets sent on the secondary advertising channel are not part of the advertising event. Advertising events that use the ADV_EXT_IND PDU may also be part of an extended advertising event. All ADV_EXT_IND PDUs containing an AuxPtr field in the same advertising event shall point to the same AUX_ADV_IND packet.<br><br>*4.4.2.2.1  Advertising Interval*<br><br>For all undirected advertising events or connectable directed advertising events used in a low duty cycle mode, the time between the start of two consecutive advertising events (*T_advEvent*) for the same advertising data set (see Section 4.4.2.10) is computed as follows for each advertising event:<br><br>     *T_advEvent = advInterval + advDelay* |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | The *advInterval* shall be an integer multiple of 0.625 ms in the range of 20 ms to 10,485.759375 s.<br><br>The *advDelay* is a pseudo-random value with a range of 0 ms to 10 ms generated by the Link Layer for each advertising event.<br><br>As illustrated in Figure 4.3, the advertising events are perturbed in time using the advDelay.<br><br>Figure 4.3: Advertising events perturbed in time using advDelay<br><br>(Bluetooth Core Specification v5.0, p. 2610-11) |
| restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined | Defendant, using the Accused Products, performs the step of restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires.<br><br>For example, D-Link Bluetooth compatible devices' signal restores the computing device to a full power mode (e.g., Connection State) upon detection of a wake-up data sequence (e.g., AdvA for that device) and exits the wake-up data sequence detection mode (e.g., Advertising State) if the second predetermined time period expires (e.g., the advertising interval). |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| time period expires. | Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>(Bluetooth Core Specification v5.0, p. 2610) |

Ex. D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BLE)

25