# <u>EXHIBIT E</u>

Evidence of Use Regarding Infringement of U.S. Patent No. 7,398,408 (BR-EDR)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A method for waking a computing device over a wireless network comprising: | Defendant D-Link Systems, Inc. ("D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports Bluetooth compatible devices such as **AX600 Wi-Fi 6 Router (DIR-X6060), Wi-Fi Bluetooth Hub (DCH-G601W), M18 AX1800 Wi-Fi 6 AI Router,** etc and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method for waking a computing device over a wireless network, and thereby infringes claim 1.<br><br>For example, D-Link Bluetooth compatible devices perform a method for waking a computing device over a wireless network and supports Bluetooth v4.1 (BR/EDR) connectivity.<br><br>Test Report DSS BT EDR<br>FCC ID: KA2IRX6060A1<br>Test Report |

1

| Claim 1 | D-Link Systems, Inc. |
|---|---|

**Report No.:** RF181022E01-2

**FCC ID:** KA2IRX6060A1

**Test Model:** DIR-X6060

**Received Date:** Oct. 22, 2018

**Test Date:** Dec. 15, 2018 to Mar. 16, 2019

**Issued Date:** May 08, 2019

**Applicant:** D-Link Corporation

**Address:** No.289, Xinhu 3rd Rd., Neihu District, Tapei City 11494, Taiwan

**Issued By:** Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch Hsin Chu Laboratory

**Lab Address:** E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C.

**Test Location :** E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C.

**FCC Registration / Designation Number:** 723255 / TW2022

**3    General Information**

**3.1    General Description of EUT (BT-EDR)**

| | |
|---|---|
| Product | AX6000 Wi-Fi 6 Router |
| Brand | D-Link |
| Test Model | DIR-X6060 |
| Status of EUT | ENGINEERING SAMPLE |
| Power Supply Rating | 12Vdc from power adapter |
| Modulation Type | GFSK, π/4-DQPSK, 8DPSK |
| Modulation Technology | FHSS |
| Transfer Rate | Up to 3Mbps |
| Operating Frequency | 2402MHz ~ 2480MHz |
| Number of Channel | 79 |
| Output Power | 7.096mW |
| Antenna Type | Refer to Note |
| Antenna Connector | Refer to Note |
| Accessory Device | Adapter x 1 |
| Cable Supplied | NA |

2

| Claim 1 | D-Link Systems, Inc. |
|---|---|

**3.2    Description of Test Modes**

79 channels are provided for BT-EDR mode:

| Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) |
|---|---|---|---|---|---|---|---|
| 0 | 2402 | 20 | 2422 | 40 | 2442 | 60 | 2462 |
| 1 | 2403 | 21 | 2423 | 41 | 2443 | 61 | 2463 |
| 2 | 2404 | 22 | 2424 | 42 | 2444 | 62 | 2464 |
| 3 | 2405 | 23 | 2425 | 43 | 2445 | 63 | 2465 |
| 4 | 2406 | 24 | 2426 | 44 | 2446 | 64 | 2466 |
| 5 | 2407 | 25 | 2427 | 45 | 2447 | 65 | 2467 |
| 6 | 2408 | 26 | 2428 | 46 | 2448 | 66 | 2468 |
| 7 | 2409 | 27 | 2429 | 47 | 2449 | 67 | 2469 |
| 8 | 2410 | 28 | 2430 | 48 | 2450 | 68 | 2470 |
| 9 | 2411 | 29 | 2431 | 49 | 2451 | 69 | 2471 |
| 10 | 2412 | 30 | 2432 | 50 | 2452 | 70 | 2472 |
| 11 | 2413 | 31 | 2433 | 51 | 2453 | 71 | 2473 |
| 12 | 2414 | 32 | 2434 | 52 | 2454 | 72 | 2474 |
| 13 | 2415 | 33 | 2435 | 53 | 2455 | 73 | 2475 |
| 14 | 2416 | 34 | 2436 | 54 | 2456 | 74 | 2476 |
| 15 | 2417 | 35 | 2437 | 55 | 2457 | 75 | 2477 |
| 16 | 2418 | 36 | 2438 | 56 | 2458 | 76 | 2478 |
| 17 | 2419 | 37 | 2439 | 57 | 2459 | 77 | 2479 |
| 18 | 2420 | 38 | 2440 | 58 | 2460 | 78 | 2480 |
| 19 | 2421 | 39 | 2441 | 59 | 2461 | | |

https://fcc.report/FCC-ID/KA2IRX6060A1/4287400

3

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **Report No.:** SA181022E01 <br> **FCC ID:** KA2IRX6060A1 <br> **Test Model:** DIR-X6060 <br> **Received Date:** Oct. 22, 2018 <br> **Test Date:** Mar. 05 to 16, 2019 <br> **Issued Date:** May 08, 2019 <br><br> **Applicant:** D-Link Corporation <br> **Address:** No.289, Xinhu 3rd Rd., Neihu District, Tapei City 11494, Taiwan <br><br> **Issued By:** Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch Hsin Chu Laboratory <br> **Lab Address:** E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C. <br> **Test Location:** E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C. <br> **FCC Registration / Designation Number:** 723255 / TW2022 <br><br> Maximum power per technology was chosen for simultaneous transmission mode, detailed mode as below: <br> WLAN 2.4GHz (802.11b / CH11) + WLAN 5GHz (802.11ax (HE40) / CH151) + Bluetooth (BT-EDR_GHSK / CH39) = 0.38322 / 1 + 0.50288 / 1 + 0.00124 / 1 = 0.88734 <br> **Therefore the maximum calculations of above situations are less than the "1" limit.** <br><br> https://fcc.report/FCC-ID/KA2IRX6060A1/4287399.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **3 General Information**<br><br>**3.1 General Description of EUT (BT-EDR)**<br><br>| Product | AX6000 Wi-Fi 6 Router |<br>| Brand | D-Link |<br>| Test Model | DIR-X6060 |<br>| Status of EUT | ENGINEERING SAMPLE |<br>| Power Supply Rating | 12Vdc from power adapter |<br>| Modulation Type | GFSK, π/4-DQPSK, 8DPSK |<br>| Modulation Technology | FHSS |<br>| Transfer Rate | Up to 3Mbps |<br>| Operating Frequency | 2402MHz ~ 2480MHz |<br>| Number of Channel | 79 |<br>| Output Power | 7.096mW |<br>| Antenna Type | Refer to Note |<br>| Antenna Connector | Refer to Note |<br>| Accessory Device | Adapter x 1 |<br>| Cable Supplied | NA |<br><br>https://fcc.report/FCC-ID/KA2IRX6060A1/4287400.pdf<br><br>**D-Link DIR-X6060 AX6000 Wi-Fi 6 Router Review**<br><br>Most of the high-end D-Link devices tend to have the same crab-like design and the D-Link DIR-X6060 is no different. All flagship routers tend to be massive and bulky because the SoCs they sport are power hogs and need a lot of cooling. Some of the recent Wi-Fi 6 devices we came across had massive passive heatsinks to handle the thermals. With the DIR-X6060 we have a three-sided pyramid shape with the LED indicators along the front edge and the antennae are spread on all sides. There are eight external antennas which are all detachable and use gold plated SMA connectors, and one internal antenna for Bluetooth 4.1 which is used for communicating with other devices and for enabling the pairing functionality. There are ventilation slits on the bottom, back and the front lip. The read has the ports in the usual arrangement with one USB 3 port being prominently visible.<br><br>https://www.digit.in/reviews/general/d-link-dir-x6060-ax6000-wi-fi-6-router-review-207801.html |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|

Report No.: RF180307E03-1

FCC ID: KA2CHG601WA1

Test Model: DCH-G601W

Received Date: Mar. 07, 2018

Test Date: Mar. 10 to 19, 2018

Issued Date: Apr. 24, 2018

Applicant: D-Link Corporation

Address: No.289, Xinhu 3rd Rd., Neihu District, Tapei City 11494, Taiwan

Issued By: Bureau Veritas Consumer Products Services (H.K.) Ltd., Taoyuan Branch Hsin Chu Laboratory

Lab Address: E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C.

Test Location: E-2, No.1, Li Hsin 1st Road, Hsinchu Science Park, Hsinchu City 300, Taiwan R.O.C.

FCC Registration / Designation Number: 723255 / TW2022

## 3    General Information

### 3.1    General Description of EUT (BT-EDR)

| | |
|---|---|
| Product | Wi-Fi Bluetooth Hub |
| Brand | D-Link |
| Test Model | DCH-G601W |
| Status of EUT | ENGINEERING SAMPLE |
| Power Supply Rating | 5Vdc from power adapter or 3.7Vdc from battery |
| Modulation Type | GFSK, π/4-DQPSK, 8DPSK |
| Modulation Technology | FHSS |
| Transfer Rate | Up to 3Mbps |
| Operating Frequency | 2402MHz ~ 2480MHz |
| Number of Channel | 79 |
| Output Power | 24.66mW |
| Antenna Type | Refer to Note |
| Antenna Connector | Refer to Note |
| Accessory Device | Adapter x1 |
| Data Cable Supplied | NA |

6

| Claim 1 | D-Link Systems, Inc. |
|---|---|

**3.2 Description of Test Modes**

79 channels are provided for BT-EDR mode:

| Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) |
|---|---|---|---|---|---|---|---|
| 0 | 2402 | 20 | 2422 | 40 | 2442 | 60 | 2462 |
| 1 | 2403 | 21 | 2423 | 41 | 2443 | 61 | 2463 |
| 2 | 2404 | 22 | 2424 | 42 | 2444 | 62 | 2464 |
| 3 | 2405 | 23 | 2425 | 43 | 2445 | 63 | 2465 |
| 4 | 2406 | 24 | 2426 | 44 | 2446 | 64 | 2466 |
| 5 | 2407 | 25 | 2427 | 45 | 2447 | 65 | 2467 |
| 6 | 2408 | 26 | 2428 | 46 | 2448 | 66 | 2468 |
| 7 | 2409 | 27 | 2429 | 47 | 2449 | 67 | 2469 |
| 8 | 2410 | 28 | 2430 | 48 | 2450 | 68 | 2470 |
| 9 | 2411 | 29 | 2431 | 49 | 2451 | 69 | 2471 |
| 10 | 2412 | 30 | 2432 | 50 | 2452 | 70 | 2472 |
| 11 | 2413 | 31 | 2433 | 51 | 2453 | 71 | 2473 |
| 12 | 2414 | 32 | 2434 | 52 | 2454 | 72 | 2474 |
| 13 | 2415 | 33 | 2435 | 53 | 2455 | 73 | 2475 |
| 14 | 2416 | 34 | 2436 | 54 | 2456 | 74 | 2476 |
| 15 | 2417 | 35 | 2437 | 55 | 2457 | 75 | 2477 |
| 16 | 2418 | 36 | 2438 | 56 | 2458 | 76 | 2478 |
| 17 | 2419 | 37 | 2439 | 57 | 2459 | 77 | 2479 |
| 18 | 2420 | 38 | 2440 | 58 | 2460 | 78 | 2480 |
| 19 | 2421 | 39 | 2441 | 59 | 2461 | | |

https://fcc.report/FCC-ID/KA2CHG601WA1/3837801.pdf

## Internal Photos

FCC ID: KA2CHG601WA1

Internal Photos

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2CHG601WA1/3837798<br><br>https://mm.digikey.com/Volume0/opasdata/d220001/medias/docus/435/WG7831-D0-DTS-R05.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| | <br><br>https://fcc.report/FCC-ID/KA2M18A1/6061782.pdf<br><br>https://fccid.io/KA2M18A1<br><br>https://fccid.io/KA2M18A1/Internal-Photos/Internal-Photos-6061738 |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://fcc.report/FCC-ID/KA2M18A1/6061738.pdf |

Case 7:26-cv-00121    Document 1-5    Filed 04/01/26    Page 11 of 16

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **2.6    Bluetooth subsystem**<br><br>**2.6.1    Feature set**<br><br>MT7915DAN Bluetooth supports the following features:<br><br>■ Bluetooth 5.1<br>　■ BLE 2Mbps<br>　■ BLE Long Range<br>　■ BLE Advertising Extension<br>　■ BLE high duty cycle non-connectable ADV<br>　■ BLE Channel Selection#2<br>■ Compatible Bluetooth 4.2<br>　■ LE privacy 1.2<br>　■ Data length extension<br>　■ LE security connection<br>■ Single-ended, RF port with integrated Balun and T/R switch<br>■ Integrated high efficiency PA and TSSI<br>■ Baseband and radio BDR and EDR packet types: 1Mbps (GFSK), 2Mbps (π/4-DQPSK), and 3Mbps (8PSK).<br><br>https://datasheet4u.com/pdf-down/M/T/7/MT7915DAN-MEDIATEK.pdf |
| broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting | Defendant, using the Accused Products, performs the step of broadcasting a signal containing a wake-up data sequence for at least one computing device over a wireless network, wherein broadcasting the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received.<br><br>For example, D-Link Bluetooth compatible devices broadcast a signal (e.g., page message) containing a wake-up data sequence (e.g., slave device access code) for at least one computing device over a wireless network (e.g., Bluetooth network). D-Link Bluetooth compatible devices periodically broadcast the signal over one or more wireless channels (e.g., different hop channels) until either a first predetermined time period expires (e.g., timeout pageTO) or a confirmation signal is received (e.g., response from slave device). |

11

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| the signal comprises periodically broadcasting the signal over one or more wireless channels until either a first predetermined time period expires or a confirmation signal is received; | **8.3.2 Page Substate**<br><br>The **page** substate is used by the master (source) to activate and connect to a slave (destination) in the **page scan** substate. The master tries to coincide with the slave's scan activity by repeatedly transmitting the paging message consisting of the slave's device access code (DAC) in different hop channels. Since the Bluetooth clocks of the master and the slave are not synchronized, the master does not know exactly when the slave wakes up and on which hop frequency. Therefore, it transmits a train of identical page scan messages at different hop frequencies and listens in between the transmit intervals until it receives a response from the slave.<br><br>(Bluetooth Core Specification v5.0, p. 447)<br><br>Train **B** shall be repeated for $N_{page}$ times. If no response is obtained, $k_{nudge}$ may be updated in the case where slots to receive are periodically not available and train **A** shall be tried again $N_{page}$ times. Alternate use of train **A** and train **B** and updates of $k_{nudge}$ shall be continued until a response is received or the timeout *pageTO* is exceeded. When *extended_pageTO* is greater than zero, the timeout may be extended to (*pageTO* + *extended_pageTO*). If a response is returned by the slave, the master device enters the **master response** substate.<br><br>(Bluetooth Core Specification v5.0, p. 448) |
| receiving the broadcast signal at the at least one computing device, while that device is in a reduced | Defendant, using the Accused Products, performs the step of and/or instructs its agents, affiliates, and/or customers to perform the step of receiving the broadcast signal at the at least one computing device, while that device is in a reduced power mode, wherein receiving comprises first entering a wake-up data sequence detection mode. For example, D-Link Bluetooth compatible devices' broadcast signal is received by the computing device while that device is in a reduced power mode (e.g., Page Scan substate). The computing device first enters a wake-up sequence detection mode (e.g., Page Scan substate). |

Case 7:26-cv-00121    Document 1-5    Filed 04/01/26    Page 14 of 16

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| power mode, wherein receiving comprises first entering a wake-up data sequence detection mode; | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16-12}$ of the device's native clock; that is, every 1.28s a different frequency is selected.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either | Defendant, using the Accused Products, performs the step of scanning the received signal for a wake-up data sequence for that computing device, wherein scanning is performed until either the wake-up data sequence for that computing device is received or a second predetermined time period expires.<br>For example, D-Link Bluetooth compatible devices' signal is scanned by the computing device for a wake-up data sequence (e.g., slave device access code). The scanning (e.g., generalized interlaced scan) is performed until either the wake-up data sequence (e.g., slave device access code) for that computing device is received or a second predetermined time period expires (e.g., two back to back scans of Tw_page_scan). |

13

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| the wake-up data sequence for that computing device is received or a second predetermined time period expires; and | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires. | Defendant, using the Accused Products, performs the step of restoring that computing device to a full power mode upon detection of a wake-up data sequence for that device and exiting the wake-up data sequence detection mode if the second predetermined time period expires.<br><br>For example, D-Link Bluetooth compatible devices' signal restores the computing device to a full power mode (e.g., Connection State) upon detection of a wake-up data sequence (e.g., slave device access code) and exits the wake-up data sequence detection mode (e.g., Page Scan State) if the second predetermined time period expires (e.g., two back to back scans of Tw_page_scan in a generalized interlaced scan).<br><br>There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state.<br><br>(Bluetooth Core Specification v5.0, pp. 459) |

14

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | In the case of a standard scan, if the correlator exceeds the trigger threshold during the **page scan**, the device shall enter the **slave response** substate described in Section 8.3.3.1. The scanning device may also use generalized interlaced scan. In this case, if the correlator does not exceed the trigger threshold during the first scan it shall scan a second time using the phase in the sequence determined by $[CLKN_{16-12} + interlace\_offset]$ mod 32. If on this second scan the correlator exceeds the trigger threshold the device shall enter the **slave response** substate using $[CLKN_{16-12} + interlace\_offset]$ mod 32 as the frozen CLKN* in the calculation for $Xprs^{(79)}$ (see Section 2.6.4.3 for details). If the correlator does not exceed the trigger threshold during a scan in normal mode or during the second scan in interlaced scan mode it shall return to either the **STANDBY** or **CONNECTION** state.<br><br>(Bluetooth Core Specification v5.0, pp. 446) |

15