# EXHIBIT F

Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A method comprising: | Defendant D-Link Systems, Inc. ("D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports Bluetooth compatible devices such as **AX3000 Wi-Fi 6 PCIe Adapter with Bluetooth 5.1 (DWA-X3000), DWA-X582, AX900 Wi-Fi 6 USB Adapter (AX9U), DCH-G601W, DCS-8635LH, DCS-8526LH, Wi-Fi Smart Plug (PM-01M), 2K QHD Outdoor Wi-Fi Camera (DCS-8620LH), M18 AX1800 Wi-Fi 6 AI Router, R32 AX3200 Smart Router, D-Link Add-on Remote Battery-Powered Water Leak Sensing Pod (SW-A2),** etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform a method and thereby infringes claim 1.<br><br>For example, D-Link Bluetooth compatible devices perform a method.<br><br><br><br>https://shop.us.dlink.com/products/d-link-wifi-6-pcie-adapter-ax3000 |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://support.dlink.com/resource/PRODUCTS/DWA-X3000/REVA/DWA-X3000_REVA_DATASHEET_1.00_EN.PDF <br><br> https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | KA2AX9UA1<br>FCC ID<br>Equipment:<br>D-Link Corporation AX9UA1<br>14420 Myford Road Suite 100, Irvine, CA 92606 United States<br>https://fcc.report/FCC-ID/KA2AX9UA1/<br><br>**Verification of Compliance**<br><br>Applicant : D-Link Corporation<br>Product Name : AX900 Wi-Fi 6 USB Adapter / Wi-Fi 6 AX900 USB 2.0 Dongle<br>Trade Name : D-Link<br>Model Number : AX9U<br>FCC ID : KA2AX9UA1<br>Applicable Standard : FCC 47 CFR PART 15 SUBPART C / ANSI C63.10:2013<br>Test Result : Complied<br>https://fcc.report/FCC-ID/KA2AX9UA1/7871494.pdf |

3

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/en/products/ax9u |

4

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/us/en/-/media/resource-centre/brochures-and-product-guides/dlink-product-guide.pdf |

5

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| |  https://www.dlink.com/en/products/dcs-8635lh-2k-qhd-pan-zoom-outdoor-wi-fi-camera |

6

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  |

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| | **WG7831-D0**<br>IEEE 802.11b,g,n<br>+ BT 5.1<br><br>**Key Features**<br>2.4GHz WLAN (b,g,n), BT 5.1<br>Integrated crystal, Tx/Rx switch and bandpass filter<br>WLAN / Bluetooth coexistance circuitry<br>Dimension 12.8mm(L) x 12mm(W) x 1.7mm(H)<br>Based on TI Wilink8 45-nm CMOS technology<br><br>https://web.archive.org/web/20251114063729/https://www.jorjin.com/products/wireless-connectivity/wifi-bt-for-cpu/wg7831-d0/ |

8

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | <br><br>https://www.dlink.com/en/products/dcs-8526lh-2k-qhd-pan-tilt-wi-fi-camera |

9

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| Page |F-10 | <br><br>https://fcc.report/FCC-ID/KA2CS8526LHB1/7782943 |

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://www.dlink.com/en/-/media/consumer_products/pm/pm01m/datasheet/pm01ma1datasheetv100us-3.pdf |

11

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **2K QHD Outdoor Wi-Fi Camera DCS-8620LH** <br><br> - QHD 1440p (2K) resolution captures everything in vivid detail <br> - H.265 (1/4GB) compression delivers higher image quality <br> - Wide-angle 127-degree (Diagonal) FOV keeps a watchful eye on the perimeter <br> - 2-way audio with 90 dB siren and dog bark feature to scare off any would-be intruders <br> - IP65 weatherproof design keeps the camera running in rough outdoor environments <br> - Dual-band (2.4 GHz/5 GHz) compatibility helps ensure the camera is always connected <br> - Color Night Vision lets you see up to 7 meters in dark conditions <br> - microSD card slot lets you store up to 256 GB of video <br> - AI-based person detection alerts you to motion that matters <br> - Glass break detection to notify you of possible break-ins <br> - Works with the mydlink app for easy BLE setup and remote access from anywhere <br> - Latest WPA3 encryption keeps your connections more secure <br> - IPv6 compatibility for better connections <br> - ONVIF Profile S/T compliance ensures system interoperability <br> - Voice command convenience with Google Assistant and Amazon Alexa <br> - Works with the mydlink app for easy BLE setup and remote access from anywhere <br><br> **Specification** <br><br> | Angle of View | (D: 127° / H: 108° / V: 58°) | <br> | Aperture | F1.55 | <br> | Audio | Built in microphone and speaker | <br> | Audio Codec | MPEG-2 AAC LC | <br> | **Bluetooth** | **Bluetooth Low Energy 5.0** | <br> | Cable Length | Adapter: 3 m (9.84 ft) / Device: 4m (13.12ft) | <br> | Certifications | CE FCC IC | <br><br> https://www.dlink.com/en/products/dcs-8620lh-2k-qhd-outdoor-wi-fi-camera#Specs |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2M18A1/6061782.pdf<br><br>https://fcc.report/FCC-ID/KA2M18A1/6061738.pdf |

13

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| Page \|F-14 | **MT7915DAN Datasheet**<br><br>802.11ax Wi-Fi 2x2 Dual-band Con-current - Bluetooth v5.1 Baseband Chip<br><br>1.2.5    **Bluetooth**<br><br>■   Supports Bluetooth 5 dual mode for 2x the speed<br><br>MediaTek Confidential     © 2019 - 2020 MediaTek Inc.     Page 5 of 22<br>This document contains information that is proprietary to MediaTek Inc.<br>Unauthorized reproduction or disclosure of this information in whole or in part is strictly prohibited.<br><br>https://edit.wpgdadawant.com/uploads/news_file/blog/2020/2406/tech_files/blog_2406_suggest_other_file.pdf<br><br>AX3200 SMART ROUTER    R32<br><br>https://fcc.report/FCC-ID/KA2R32A1/5871215.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  https://fcc.report/FCC-ID/KA2R32A1/5857931.pdf  **MediaTek Launches MT7622, World's First 4x4 802.11n/Bluetooth 5.0 System-on-Chip with Dedicated Network Accelerator**  🕐 May 30, 2017 - 9:00 AM  **HSINCHU, Taiwan – May 30, 2017 —** MediaTek Inc. today introduced the world's first 4x4 802.11n and Bluetooth 5.0 system-on-chip featuring a dedicated Wi-Fi network accelerator. The MediaTek MT7622 was created for premium networking devices including routers and repeaters, whole home Wi-Fi, and home automation gateways that pre-integrate s audio and storage features.  With versatility at the core of its design, the MT7622 chipset is a single platform for 4X4 dual-band and tri-band premium networking devices and introduces several best-in-class features including Bluetooth 5.0 and Hardware NAT, Hardware QoS and a dedicated Wi-Fi engine – MediaTek's Wi-Fi Warp Accelerator.  https://www.mediatek.com/press-room/mediatek-launches-mt7622-worlds-first-4x4-802-11n-bluetooth-5-0-system-on-chip-with-dedicated-network-accelerator |

15

| Claim 1 | D-Link Systems, Inc. |
|---------|---------------------|
| |  |

16

Ex. F – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BLE)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | https://shop.us.dlink.com/products/d-link-water-sensor-pod-add-on-battery-powered-long-range-compatible-only-with-sw-a11kt-single-and-multi-pack-sw-a2?srsltid=AfmBOorOZSykGzXrOUB8IDpWaqBqbsAfAxgT0oRbjMGxxVMDa9vEnl8C |
| scanning for a wake-up packet addressed to a wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a first power mode to operating in a second power mode, wherein the scanning is performed for a predetermined period of time; and | Defendant, using the Accused Products, performs the step of scanning for a wake-up packet addressed to a wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a first power mode to operating in a second power mode, wherein the scanning is performed for a predetermined period of time.

For example, D-Link Bluetooth compatible devices scan for a wake-up packet (e.g., CONNECT_IND) addressed to a wireless device, wherein the wake-up packet (e.g., CONNECT_IND) is configured to cause the wireless device to initiate a switch from operating in a first power mode (e.g., Advertising State) to operating in a second power mode (e.g., Connection State), wherein the scanning is performed for a predetermined period of time (e.g., advertising event).

The Link Layer in the Advertising State will be transmitting advertising channel packets and possibly listening to and responding to responses triggered by these advertising channel packets. A device in the Advertising State is known as an advertiser. The Advertising State can be entered from the Standby State.

(Bluetooth Core Specification v5.0, p. 2553)

**4.4.2.2   Advertising Events**

Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval. |

17

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | (Bluetooth Core Specification v5.0, p. 2610)<br><br>The wake-up packet is configured to switch from operating the computer in a first power mode (e.g., Advertising State) to operating the computer in a second power mode (e.g., Connection State).<br><br>The Connection State can be entered either from the Initiating State or the Advertising State. A device in the Connection State is known as being in a connection.<br><br>(Bluetooth Core Specification v5.0, p. 2553)<br><br>**4.5 CONNECTION STATE**<br><br>The Link Layer enters the Connection State when an initiator sends a CONNECT_IND PDU on the primary advertising channel to an advertiser, an advertiser receives a CONNECT_IND PDU on the primary advertising channel from an initiator, an advertiser sends an AUX_CONNECT_RSP PDU on the secondary advertising channel to an initiator, or an initiator receives an AUX_CONNECT_RSP PDU on the secondary advertising channel from an advertiser.<br><br>(Bluetooth Core Specification v5.0, p. 2637) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| |  |

| Claim 1 | D-Link Systems, Inc. |
|---------|----------------------|
| ceasing to scan for the wake-up packet addressed to the wireless device in response to not receiving the wake-up packet after the predetermined period of time has elapsed. | Defendant, using the Accused Products, performs the step of ceasing to scan for the wake-up packet addressed to the wireless device in response to not receiving the wake-up packet after the predetermined period of time has elapsed.<br><br>For example, D-Link Bluetooth compatible devices cease to scan for the wake-up packet addressed to the wireless device (e.g., revert to the Standby State when LE Set Advertising Event is Disabled) in response to not receiving the wake-up packet (e.g., CONNECT_IND) after the predetermined period of time has elapsed (e.g., advertising event).<br><br>**4.4.2.2 Advertising Events**<br><br>Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>(Bluetooth Core Specification v5.0, p. 2610) |

Case 7:26-cv-00121    Document 1-6    Filed 04/01/26    Page 22 of 22