# EXHIBIT G

Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BR-EDR)

Ex. G – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BR-EDR)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| 1. A method comprising: | Defendant D-Link Systems, Inc. ("D-Link", or "Defendant") makes, uses, tests, sells, offers for sale, and/or imports Bluetooth compatible devices such as **AX600 Wi-Fi 6 Router (DIR-X6060), Wi-Fi Bluetooth Hub (DCH-G601W), M18 AX1800 Wi-Fi 6 AI Router,** etc and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), performs and/or instructs its agents, affiliates, and/or customers to perform method of claim 1.<br><br>For example, D-Link Bluetooth compatible devices perform a method.<br><br> |

1

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **3 General Information** <br><br> **3.1 General Description of EUT (BT-EDR)** <br><br> (see table below) <br><br> **3.2 Description of Test Modes** <br><br> (see table below) <br><br> https://fcc.report/FCC-ID/KA2IRX6060A1/4287400 |

**3 General Information**

**3.1 General Description of EUT (BT-EDR)**

| Product | AX6000 Wi-Fi 6 Router |
|---|---|
| Brand | D-Link |
| Test Model | DIR-X6060 |
| Status of EUT | ENGINEERING SAMPLE |
| Power Supply Rating | 12Vdc from power adapter |
| Modulation Type | GFSK, π/4-DQPSK, 8DPSK |
| Modulation Technology | FHSS |
| Transfer Rate | Up to 3Mbps |
| Operating Frequency | 2402MHz ~ 2480MHz |
| Number of Channel | 79 |
| Output Power | 7.096mW |
| Antenna Type | Refer to Note |
| Antenna Connector | Refer to Note |
| Accessory Device | Adapter x 1 |
| Cable Supplied | NA |

**3.2 Description of Test Modes**

79 channels are provided for BT-EDR mode:

| Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 2402 | 20 | 2422 | 40 | 2442 | 60 | 2462 | | |
| 1 | 2403 | 21 | 2423 | 41 | 2443 | 61 | 2463 | | |
| 2 | 2404 | 22 | 2424 | 42 | 2444 | 62 | 2464 | | |
| 3 | 2405 | 23 | 2425 | 43 | 2445 | 63 | 2465 | | |
| 4 | 2406 | 24 | 2426 | 44 | 2446 | 64 | 2466 | | |
| 5 | 2407 | 25 | 2427 | 45 | 2447 | 65 | 2467 | | |
| 6 | 2408 | 26 | 2428 | 46 | 2448 | 66 | 2468 | | |
| 7 | 2409 | 27 | 2429 | 47 | 2449 | 67 | 2469 | | |
| 8 | 2410 | 28 | 2430 | 48 | 2450 | 68 | 2470 | | |
| 9 | 2411 | 29 | 2431 | 49 | 2451 | 69 | 2471 | | |
| 10 | 2412 | 30 | 2432 | 50 | 2452 | 70 | 2472 | | |
| 11 | 2413 | 31 | 2433 | 51 | 2453 | 71 | 2473 | | |
| 12 | 2414 | 32 | 2434 | 52 | 2454 | 72 | 2474 | | |
| 13 | 2415 | 33 | 2435 | 53 | 2455 | 73 | 2475 | | |
| 14 | 2416 | 34 | 2436 | 54 | 2456 | 74 | 2476 | | |
| 15 | 2417 | 35 | 2437 | 55 | 2457 | 75 | 2477 | | |
| 16 | 2418 | 36 | 2438 | 56 | 2458 | 76 | 2478 | | |
| 17 | 2419 | 37 | 2439 | 57 | 2459 | 77 | 2479 | | |
| 18 | 2420 | 38 | 2440 | 58 | 2460 | 78 | 2480 | | |
| 19 | 2421 | 39 | 2441 | 59 | 2461 | | | | |

https://fcc.report/FCC-ID/KA2IRX6060A1/4287400

Ex. G – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BR-EDR)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | Report No.: SA181022E01<br>FCC ID: KA2IRX6060A1<br>Test Model: DIR-X6060<br>Received Date: Oct. 22, 2018<br>Test Date: Mar. 05 to 16, 2019<br>Issued Date: May 08, 2019<br><br>Applicant: D-Link Corporation<br><br>Maximum power per technology was chosen for simultaneous transmission mode, detailed mode as below:<br>WLAN 2.4GHz (802.11b / CH11) + WLAN 5GHz (802.11ax (HE40) / CH151) + Bluetooth (BT-EDR_GHSK / CH39) = 0.38322 / 1 + 0.50288 / 1 + 0.00124 / 1 = 0.88734<br>**Therefore the maximum calculations of above situations are less than the "1" limit.**<br><br>https://fcc.report/FCC-ID/KA2IRX6060A1/4287399.pdf<br><br>**D-Link DIR-X6060 AX6000 Wi-Fi 6 Router Review**<br><br>Most of the high-end D-Link devices tend to have the same crab-like design and the D-Link DIR-X6060 is no different. All flagship routers tend to be massive and bulky because the SoCs they sport are power hogs and need a lot of cooling. Some of the recent Wi-Fi 6 devices we came across had massive passive heatsinks to handle the thermals. With the DIR-X6060 we have a three-sided pyramid shape with the LED indicators along the front edge and the antennae are spread on all sides. There are eight external antennas which are all detachable and use gold plated SMA connectors, and one internal antenna for Bluetooth 4.1 which is used for communicating with other devices and for enabling the pairing functionality. There are ventilation slits on the bottom, back and the front lip. The read has the ports in the usual arrangement with one USB 3 port being prominently visible.<br><br>https://www.digit.in/reviews/general/d-link-dir-x6060-ax6000-wi-fi-6-router-review-207801.html |

3

Ex. G – Evidence of Use Regarding Infringement of U.S. Patent No. 8,812,888 (BR-EDR)

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | **Report No.:** RF180307E03-1 <br><br> **FCC ID:** KA2CHG601WA1 <br> **Test Model:** DCH-G601W <br><br> **Received Date:** Mar. 07, 2018 <br><br> **Test Date:** Mar. 10 to 19, 2018 <br><br> **Issued Date:** Apr. 24, 2018 <br><br> **Applicant:** D-Link Corporation <br><br> **3   General Information** <br> **3.1   General Description of EUT (BT-EDR)** <br><br> (see table below) |

**3   General Information**

**3.1   General Description of EUT (BT-EDR)**

| | |
|---|---|
| Product | Wi-Fi Bluetooth Hub |
| Brand | D-Link |
| Test Model | DCH-G601W |
| Status of EUT | ENGINEERING SAMPLE |
| Power Supply Rating | 5Vdc from power adapter or 3.7Vdc from battery |
| Modulation Type | GFSK, π/4-DQPSK, 8DPSK |
| Modulation Technology | FHSS |
| Transfer Rate | Up to 3Mbps |
| Operating Frequency | 2402MHz ~ 2480MHz |
| Number of Channel | 79 |
| Output Power | 24.66mW |

| Claim 1 | D-Link Systems, Inc. |
|---|---|

**3.2 Description of Test Modes**

79 channels are provided for BT-EDR mode:

| Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) | Channel | Freq. (MHz) |
|---|---|---|---|---|---|---|---|
| 0 | 2402 | 20 | 2422 | 40 | 2442 | 60 | 2462 |
| 1 | 2403 | 21 | 2423 | 41 | 2443 | 61 | 2463 |
| 2 | 2404 | 22 | 2424 | 42 | 2444 | 62 | 2464 |
| 3 | 2405 | 23 | 2425 | 43 | 2445 | 63 | 2465 |
| 4 | 2406 | 24 | 2426 | 44 | 2446 | 64 | 2466 |
| 5 | 2407 | 25 | 2427 | 45 | 2447 | 65 | 2467 |
| 6 | 2408 | 26 | 2428 | 46 | 2448 | 66 | 2468 |
| 7 | 2409 | 27 | 2429 | 47 | 2449 | 67 | 2469 |
| 8 | 2410 | 28 | 2430 | 48 | 2450 | 68 | 2470 |
| 9 | 2411 | 29 | 2431 | 49 | 2451 | 69 | 2471 |
| 10 | 2412 | 30 | 2432 | 50 | 2452 | 70 | 2472 |
| 11 | 2413 | 31 | 2433 | 51 | 2453 | 71 | 2473 |
| 12 | 2414 | 32 | 2434 | 52 | 2454 | 72 | 2474 |
| 13 | 2415 | 33 | 2435 | 53 | 2455 | 73 | 2475 |
| 14 | 2416 | 34 | 2436 | 54 | 2456 | 74 | 2476 |
| 15 | 2417 | 35 | 2437 | 55 | 2457 | 75 | 2477 |
| 16 | 2418 | 36 | 2438 | 56 | 2458 | 76 | 2478 |
| 17 | 2419 | 37 | 2439 | 57 | 2459 | 77 | 2479 |
| 18 | 2420 | 38 | 2440 | 58 | 2460 | 78 | 2480 |
| 19 | 2421 | 39 | 2441 | 59 | 2461 | | |

https://fcc.report/FCC-ID/KA2CHG601WA1/3837801.pdf

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | https://fcc.report/FCC-ID/KA2M18A1/6061782.pdf  https://fcc.report/FCC-ID/KA2M18A1/6061738.pdf |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| | - Single-ended, RF port with integrated Balun and T/R switch<br>- Integrated high efficiency PA and TSSI<br>- Baseband and radio BDR and EDR packet types: 1Mbps (GFSK), 2Mbps (π/4-DQPSK), and 3Mbps (8PSK).<br>- Fully functional Bluetooth baseband: AFH, forward error correction, header error control, access code correlation, CRC, whitening.<br><br>https://edit.wpgdadawant.com/uploads/news_file/blog/2020/2406/tech_files/blog_2406_suggest_other_file.pdf |
| scanning for a wake-up packet addressed to a wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a first power mode to operating in a second power mode, wherein the scanning is performed for a predetermined period of time; and | Defendant, using the Accused Products, performs the step of scanning for a wake-up packet addressed to a wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a first power mode to operating in a second power mode, wherein the scanning is performed for a predetermined period of time.<br><br>For example, D-Link Bluetooth compatible devices scan for a wake-up packet (e.g., page message) addressed to a wireless device (e.g., using the device access code), wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a first power mode (e.g., Page Scan Substate) to operating in a second power mode (e.g., Connection State), wherein the scanning is performed for a predetermined period of time (e.g., generalized interlaced scan window).<br><br>**8.3.2 Page Substate**<br><br>The **page** substate is used by the master (source) to activate and connect to a slave (destination) in the **page scan** substate. The master tries to coincide with the slave's scan activity by repeatedly transmitting the paging message consisting of the slave's device access code (DAC) in different hop channels. Since the Bluetooth clocks of the master and the slave are not synchronized, the master does not know exactly when the slave wakes up and on which hop frequency. Therefore, it transmits a train of identical page scan messages at different hop frequencies and listens in between the transmit intervals until it receives a response from the slave.<br><br>(Bluetooth Core Specification v5.0, p. 447) |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
|  | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16-12}$ of the device's native clock; that is, every 1.28s a different frequency is selected.<br><br>(Bluetooth Core Specification v5.0, p. 445)<br><br>There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state.<br><br>(Bluetooth Core Specification v5.0, p. 459) |
| ceasing to scan for the wake-up packet addressed to the wireless device in response | Defendant, using the Accused Products performs the step of ceasing to scan for the wake-up packet addressed to the wireless device in response to not receiving the wake-up packet after the predetermined period of time has elapsed. |

| Claim 1 | D-Link Systems, Inc. |
|---|---|
| to not receiving the wake-up packet after the predetermined period of time has elapsed. | For example, D-Link Bluetooth compatible devices cease to scan (e.g., revert to the Standby State) for the wake-up packet addressed to the wireless device in response to not receiving the wake-up packet after the predetermined period of time has elapsed (e.g., generalized interlaced scan window lapses).<br><br>In the case of a standard scan, if the correlator exceeds the trigger threshold during the **page scan**, the device shall enter the **slave response** substate described in Section 8.3.3.1. The scanning device may also use generalized interlaced scan. In this case, if the correlator does not exceed the trigger threshold during the first scan it shall scan a second time using the phase in the sequence determined by $[\text{CLKN}_{16\text{-}12} + \text{interlace\_offset}]$ mod 32. If on this second scan the correlator exceeds the trigger threshold the device shall enter the **slave response** substate using $[\text{CLKN}_{16\text{-}12} + \text{interlace\_offset}]$ mod 32 as the frozen CLKN* in the calculation for Xprs[79] (see Section 2.6.4.3 for details). If the correlator does not exceed the trigger threshold during a scan in normal mode or during the second scan in interlaced scan mode it shall return to either the **STANDBY** or **CONNECTION** state.<br><br>(Bluetooth Core Specification v5.0, p. 446) |